HONORABLE ROSANNA M. PETERSON

Thomas M. Jones, WSBA No. 13141
Brendan Winslow-Nason, WSBA No. 39328
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, Washington 98101
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783

Attorneys for Defendant
North American Specialty Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| THE SHAW GROUP, INC., a Louisiana corporation; and SHAW PROCESS FABRICATORS, INC., a Louisiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; WESTCHESTER FIRE INSURANCE COMPANY, a New York corporation; and NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire corporation,<br><br>Defendants. | No.: 11-cv-00279-RMP<br><br>DEFENDANT NORTH AMERICAN SPECIALTY INSURANCE COMPANY'S MOTION TO TRANSFER VENUE TO THE MIDDLE DISTRICT OF LOUISIANA<br><br>**NOTED:**<br>**January 12, 2012 at 4:00 p.m.**<br><br>\*\*Oral Argument Requested\*\* |

North American Specialty Insurance Company ("NAS") hereby moves this Court, pursuant to 28 U.S.C. § 1404(a), to transfer venue of this action to the

DEFENDANT NORTH AMERICAN SPECIALTY INSURANCE COMPANY'S MOTION TO TRANSFER VENUE TO THE MIDDLE DISTRICT OF LOUISIANA - 1

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

Middle District of Louisiana for the reasons set forth in NAS' Memorandum in support of this Motion.

DATED this 26th day of October, 2011.

COZEN O'CONNOR

By: */s/ Thomas M. Jones*
Thomas M. Jones, WSBA No. 13141
Brendan Winslow-Nason, WSBA No. 39328
Attorneys for North American Specialty
Insurance Company

DEFENDANT NORTH AMERICAN SPECIALTY INSURANCE COMPANY'S MOTION TO TRANSFER VENUE TO THE MIDDLE DISTRICT OF LOUISIANA - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the state of Washington that on October 26, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

ATTORNEYS FOR PLAINTIFFS
The Shaw Group, Inc.

**John Stephen Riper**
Bealjriper@lawasresults.com
Ashbaugh Beal

**David Elie Suchar**
David.suchar@maslon.com
**James Duffy O'Connor**
James.oconnor@maslon.com
**Jason A. Lien**
Jason.lien@maslon.com
Maslon Edelman Borman & Brand LLP

ATTORNEYS FOR PLAINTIFFS
Shaw Process Fabricators, Inc

**Gregory Louis Harper**
greg@harperhayes.com
Harper Hayes PLLC

ATTORNEYS FOR DEFENDANT
Zurich American Insurance Co.

**Jacquelyn A. Beatty**
jbeatty@karrtuttle.com
Karr Tuttle Campbell

ATTORNEYS FOR DEFENDANT
Westchester Fire Insurance Company

**Kevin A. Michael**
kmichael@cozen.com
Cozen O'Connor

DATED this 26th day of October, 2011.

COZEN O'CONNOR

By:  */s/ Diane M. Finafrock*
Diane M. Finafrock, Legal Assistant

SEATTLE\1219787\2  287847.000

DEFENDANT NORTH AMERICAN SPECIALTY INSURANCE COMPANY'S MOTION TO TRANSFER VENUE TO THE MIDDLE DISTRICT OF LOUISIANA - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000