UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE SHAW GROUP INC., ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 12-CV-257-JJB-RLB |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL. | JUDGE JAMES J. BRADY |
| | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## ORDER

This matter is before the Court on Plaintiffs' Motion to Compel Answers and Responses to First Interrogatories & Requests for Production to Defendant Zurich American Insurance Company ("Zurich") (R. Doc. 162). Plaintiffs filed the instant motion on September 13, 2013. Any opposition to this motion was required to be filed within 21 days after service of the motion. L.R. 7.4. Defendant Zurich has not filed an opposition as of the date of this Order. The motion is therefore unopposed.

## BACKGROUND

On June 26, 2013, The Shaw Group Inc. and Shaw Process Fabricators, Inc. (collectively "Plaintiffs" or "Shaw") served their First Set of Interrogatories and Requests for Production of Documents upon Defendant Zurich (R. Doc. 163 at 5-12). Counsel for Shaw and Zurich held a telephone conference regarding Shaw's outstanding discovery requests on August 27, 2013. In a letter dated the same day, counsel for Shaw memorialized the call, stating that counsel for Zurich represented that Zurich would provide interrogatory answers the following week and responsive documents by the end of the following week (R. Doc. 163 at 14). Having not received discovery responses in the times represented by counsel for Zurich, counsel for Shaw wrote a follow-up

letter dated September 9, 2013, stating that Shaw had not received any interrogatory responses or documents (R. Doc. 163 at 16).

Shaw filed the instant motion on September 13, 2013 (R. Doc. 162). The motion requests the court not only to compel Zurich to respond to Shaw's interrogatories and production of documents, but also to require Zurich to make such responses without any objections, which Shaw argues have been waived. In addition, Shaw requests the court to sanction Zurich for its failure to respond timely to Shaw's discovery requests.

## LAW & ANALYSIS

A party upon whom interrogatories and requests for production of documents have been served shall serve a copy of the answers, and objections if any, to such discovery requests within thirty (30) days after the service of the requests. Fed. R. Civ. P. 33 and 34. A shorter or longer time may be directed by court order or agreed to in writing by the parties. *Id.* A party seeking discovery may move for an order compelling answers to interrogatories and production of requested documents if a party fails to provide answers or responses. Fed. R. Civ. P. 37(a)(3)(B). If a motion to compel production is granted, "the court must, after giving an opportunity to be heard, require the party . . . whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees." Fed. R. Civ. P. 37(a)(5)(A).

Zurich did not submit written responses or objections to Plaintiff's discovery requests within thirty (30) days after they were served or within the extensions of time granted by Shaw. The court will therefore order Zurich to submit complete responses, without objections, to Shaw's First Set of Interrogatories and Requests for Production within seven (7) days of this Order.

Zurich has had an opportunity to be heard but failed to file an opposition memorandum within the time allotted by this court's local rules.  Shaw attempted in good faith to obtain the discovery requested without court action.  Zurich's failure to respond to discovery was not substantially justified and there are no circumstances that would make an award of expenses unjust.  The court will, therefore, also order Zurich to pay Shaw's expenses incurred in making the motion, including attorney's fees.  Plaintiffs did not submit anything to support an award of a particular amount of expenses and attorney's fees.  A review of the motion and memorandum supports an amount of $250.00.

**IT IS ORDERED** that Plaintiffs' Motion to Compel Answers and Responses to First Interrogatories & Requests for Production to Defendant Zurich American Insurance Company's Motion (R. Doc. 162) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Zurich shall produce complete responses to Plaintiffs' Motion to Compel Answers and Responses to First Interrogatories & Requests for Production within seven (7) days of this Order.

**IT IS FURTHER ORDERED** that Plaintiffs are awarded their reasonable expenses incurred in making the motion, including attorney's fees, in the amount of $250.00.

Signed in Baton Rouge, Louisiana, on October 10, 2013.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**