UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE SHAW GROUP, INC., ET AL | * | CIVIL ACTION NO.  3:12-cv-257 |
| | * | |
| VERSUS | * | JUDGE JAMES J. BRADY |
| | * | |
| ZURICH AMERICAN INSURANCE | * | MAGISTRATE RICHARD L. |
| COMPANY, ET AL | * | BOURGEOIS, JR. |

**************************************************

## <u>MEMORANDUM IN OPPOSITION TO MOTION FOR SANCTIONS</u>

NOW INTO COURT, through undersigned counsel, comes Zurich American Insurance Company to file the following opposition to the Motion for Sanctions presently pending before the court.

Additionally, undersigned counsel apologizes to the Court and all counsel for the necessity of the filing of the motion.   Zurich has now sent to plaintiffs, amended responses as well as disks containing over 30,000 pages of unredacted documents and production of all documents previously claimed privilege in accordance with the Court's order of October 10, 2013.  R.  165..

RESPECTFULLY SUBMITTED,

GAUDRY, RANSON, HIGGINS
& GREMILLION, L.L.C.

THOMAS W. DARLING, T.A. (#23020)
2223 Quail Run, Suite C-2
Baton Rouge, LA 70808
Telephone: (225) 663-6101
Facsimile: (225) 663-6102
tdarling@grhg.net
*Attorneys for Zurich American Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2013, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

Thomas W. Darling    (#23020) (TA)

G:\0262\2118\DISCOVERY\Memo in Opp to Motion for Sanctions.wpd