UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE SHAW GROUP INC., ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 12-CV-257-JJB-RLB |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL. | JUDGE JAMES J. BRADY |
| | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

**ORDER**

This matter is before the Court on the "Motion to Enforce the Court's October 10, 2013 Order" filed by Plaintiffs The Shaw Group Inc. and Shaw Process Fabricators, Inc. (collectively "Shaw") (R. Doc. 166).  In that motion, Shaw requests the Court to hold Zurich American Insurance Company ("Zurich") in contempt of the Court's October 10, 2013 Order, which required Zurich to respond to Shaw's First Interrogatories & Requests for Production without objection.  Shaw also requests reasonable expenses for bringing its motion and any additional sanctions the Court finds appropriate.

On September 13, 2013, Shaw filed a Motion to Compel Answers and Responses to its First Interrogatories & Requests for Production to Zurich (R. Doc. 162).  Because Zurich did not file an Opposition within the time allowed by Local Rule 7.4, the Court concluded that Shaw's Motion to Compel was unopposed (R. Doc. 165 at 1).  On October 10, 2013, the Court ordered Zurich "to submit complete responses, without objections, to Shaw's First Set of Interrogatories and Requests for Production within seven (7) days" of the Order (R. Doc. 165 at 2).  Therefore, the deadline for Zurich's discovery responses, without objections, was October 17, 2013.

Zurich produced its written discovery responses on October 18, 2013, one day after the Court's ordered deadline (R. Doc. 166-1 at 3; R. Doc. 167 at 8). Those responses included eleven general objections, specific objections to seven of Shaw's nine interrogatories, and specific objections to all seven of Shaw's requests for production (R. Doc. 166-1 at 3; R. Doc. 167 at 9-25). Zurich also produced a 41-page, 750-line privilege log identifying documents it had withheld based on attorney-client privilege and the work product doctrine (R. Doc. 166-1 at 3; R. Doc. 167 at 26-67).

On October 23, 2013, Shaw filed the instant motion (R. Doc. 166). On October 28, 2013, the Court ordered Zurich to file any opposition it might have to Shaw's motion within seven days (R. Doc. 168). On November 4, 2013, Zurich filed a document styled as a Memorandum in Opposition to Shaw's motion for sanctions (R. Doc. 169). The memorandum, however, informs the Court that Zurich has produced amended responses to Shaw's discovery, over 30,000 pages of unredacted documents, and all documents it previously claimed privileged in accordance with the Court's October 10, 2013 Order.

Where a party fails to obey a discovery order, the Court "must order the disobedient party, the attorney advising that party, or both to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the failure was substantially justified or other circumstances make an award of expenses of unjust." Fed. R. Civ. P. 37(b)(2)(C). Zurich ultimately produced documents and responses it claims are in accordance with the Court's October 10, 2013 Order. Nevertheless, the Court must award payment of expenses as a sanction, as Zurich's failure to initially comply with the Court's Order was not substantially justified and there are no circumstances that would make an award of expenses unjust. The court will, therefore, order Zurich to pay Shaw's expenses incurred in making the motion, including

attorney's fees.  Shaw did not submit anything to support an award of a particular amount of expenses and attorney's fees.  A review of the motion and memorandum supports an amount of $250.00.

The Court has considered the additional discretionary sanctions provided by Rule 37(b)(2)(A) for failure to comply with the Court's discovery order and concludes that those sanctions are not merited at this time.

**IT IS ORDERED** that Plaintiffs' "Motion to Enforce the Court's October 10, 2013 Order" is **GRANTED.**[1]

**IT IS FURTHER ORDERED** that Plaintiffs are awarded their reasonable expenses incurred in making the motion, including attorney's fees, in the amount of $250.00.

Signed in Baton Rouge, Louisiana, on November 6, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　**RICHARD L. BOURGEOIS, JR.**
　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

---

[1] It appears that the Nov. 4, 2013 representation by Zurich that the responsive documents have been produced and Interrogatories have been answered as ordered satisfies their obligation under the Court's October 10, 2013 Order.