## Jason Lien - RE: Shaw v. NAS discovery call

| | |
|---|---|
| **From:** | Jason Lien |
| **To:** | Brendan Winslow-Nason; Thom Darling |
| **Date:** | 9/27/2013 1:25 PM |
| **Subject:** | RE: Shaw v. NAS discovery call |
| **CC:** | David Suchar; O'Connor, James; Todd Hayes; William F. Knowles |
| **Attachments:** | vcard.vcf |

Brendan / Thom - Attached is our proposed e-discovery search for your clients that is submitted pursuant to Paragraph C2 of the court's protective order. Please let us know by Tuesday of next week if this proposed list is acceptable, thanks. Brendan, you can get us your proposed list when you have it ready next week.

**Search terms:** Shaw, Shaw Process Fabricators, pipe spool(s), spool endorsement, REC, REC Solar Grade Silicon, Moses Lake, 9690210297, 3866607, 6180, DVX0000138 00, DVX0000204 01, DVX0000246 02, DVX0000246 03, DVX0000139 00, DVX0000205 01, DVX0000247 02, DVX0000247 03

**Custodians:**

NAS: Rick Loomer, Dewayne Mundell, Les Czerepak, Vincent Eckles, Allen Blum

Endurance: Blenda Eyvazzadeh, Pamela Asbury, Mark Ying, Sherry Dunn, Lorna McIntyre

Zurich: Leo Bigley, Joseph Kostkowski, Diane Picone, Noreen Ryan, Joy Taylor, Rose Marie Orcino Madruga, John Mahoney, Elizabeith Lambie, Chris Gibson, James Wardrop, Deborah Purkey, Todd Schweitzer, Joseph Piekarski, Randy Marmar

**Date range of search:**

From September 1, 2005 to October 24, 2011.

**Jason Lien | Partner**
jason.lien@maslon.com
(p) 612.672.8319 | (f) 612.642.8319

## MASLON
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
www.maslon.com | map/directions

>>> "Winslow-Nason, Brendan" <BWinslow-Nason@cozen.com> 9/27/2013 12:30 PM >>>
Todd – I will provide you with a line-by-line response soon. In the meantime, can we agree to push back the e-discovery disclosure. We are still coordinating with our clients regarding proposed custodians and keywords.

EXHIBIT A