| | |
|---|---|
| **From:** | Todd Hayes <todd@harperhayes.com> |
| **To:** | Thom Darling <TDarling@grhg.net> |
| **Date:** | 10/30/2013 3:12 PM |
| **Subject:** | Shaw v. Zurich and NAS |
| **CC:** | Jason Lien <Jason.Lien@maslon.com>, "David Suchar(David.Suchar@maslon.com)" <David.Suchar@maslon.com>, Victoria Heindel <vheindel@harperhayes.com> |
| **Attachments:** | RE: Shaw v. NAS discovery call |

Thom,

I'm writing to follow up on a couple discovery issues:

- We are awaiting deposition dates for Zurich witnesses and your availability for the depositions of Fara witnesses. Jason Lien served deposition notices with a cover letter dated October 3, and then counsel for all parties had a follow up telephone call on October 10 to discuss other potential dates. We still need deposition dates for the following Zurich witnesses:
    - Leo Bigley
    - Rose Marie Orcino Madruga
    - John Mahoney
    - Joseph Kostkowski
    - A Zurich 30(b)(6) representative

  In addition, we need dates that you are available for the depositions of current or former Fara employees Kimberly Cunningham and Amy Ragusa. Please also let me know whether you will be representing Cunningham or Ragusa and whether you will accept service of either witness's subpoena.

  We had discussed during our conference call with you and the NAS lawyers scheduling some of these depositions (*e.g.*, John Mahoney) during the week of the November 19 mediation, and the depositions of Los Angeles residents in the days before and after the NAS depositions. Please let us know as soon as possible what dates you and the witnesses are available. If we don't hear back **by the close of business on November 1**, we'll need to go ahead and pick dates unilaterally.

- The NAS 30(b)(6) depositions (underwriting and claims handling) will be December 10 and 11 in Los Angeles.

- We are awaiting Zurich's responses to the e-discovery search parameters that Jason Lien proposed via the above email (*i.e.*, date ranges and personnel that Zurich will search to produce emails to Shaw). Please let me know **by the close of business on November 1** whether those parameters are acceptable and when we can expect to receive the e-discovery.

- The 30(b)(6) deposition of Shaw is December 16 and, if necessary, December 17. Shaw will object to producing its 30(b)(6) witnesses a second time, so if Zurich would like to also depose Shaw, please send me a 30(b)(6) notice for those dates, with your deposition topics.

Thank you, and please feel free to call me if you would like to discuss any of these topics.

Todd C. Hayes
Attorney
**HARPER | HAYES PLLC**
One Union Square
600 University, Suite 2420
Seattle, WA 98101
Phone: (206) 340-8793
Fax: (206) 260-2852
www.harperhayes.com

CONFIDENTIAL COMMUNICATION: E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.

EXHIBIT B