

P 612.672.8200  3300 Wells Fargo Center
F 612.672.8397  90 South Seventh Street
                Minneapolis, MN 55402-4140
www.maslon.com

**JASON A. LIEN**
Direct Phone: 612/672-8319
Direct Fax: 612/642-8319
jason.lien@maslon.com

December 2, 2013

**VIA EMAIL AND U. S. MAIL**

Thomas W. Darling
Gaudry, Ranson, Higgins & Gremillion
2223 Quail Run, Suite C-2
Baton Rouge, LA 70808

      Re:   *The Shaw Group Inc., et al. v. Zurich American Insurance Company, et al.*
             Court File No. 12-CV-257-JJB-RLB

Dear Thom:

      I am writing again to follow up on several attempts both Todd Hayes and I have made since October 10, 2013 to schedule the depositions of Zurich's Rule 30(b)(6) corporate representative(s) and the deposition of various Zurich officers/employees.

      Despite several calls, emails and letters, we still have not received confirmation from you that the Zurich depositions will occur during the week of December 16th in New Orleans, Louisiana. Given that week is quickly approaching and that fact discovery closes on December 31st, we are moving forward with holding the depositions the week of December 17 to December 20 in New Orleans. Enclosed please find amended deposition notices for the depositions we already noticed that week, as well as notices for three additional Zurich officers/employees: Robert Boehning, Todd Schweitzer and Ken Ford. Absent a protective order issued by the Court, we will plan on appearing with a court reporter at the depositions as noticed. Should Zurich or its officers/employees fail to appear, please be advised we will make a motion to the Court for sanctions and to order all deponents to appear for their depositions.

      In addition to the depositions, we also have not received any response from you to Plaintiffs' requested e-discovery custodian list and search terms that I provided to you by email on September 27, 2013. Our review of Zurich's documents that have been produced suggests no search was made for ESI in the Zurich custodians' email accounts. Please confirm. If no search was made of the custodian's email accounts, we demand that Zurich perform the search as soon as possible and produce that ESI in compliance with the Court's Order, dated October 10, 2013.

EXHIBIT C

# MASLON

Thomas W. Darling
December 2, 2013
Page 2

    Finally, we have several questions with the documents that have been produced by Zurich that we would like you to respond to, which are set forth below:

- Please confirm that Zurich has produced the complete underwriting file for the Zurich policy year 2007-08 (GLO 3866607-02 (9/1/07 – 9/1/08). If not, please produce these documents immediately as they are responsive to Plaintiffs' requests.

- Some documents are missing lines (Zurich 007060; 7065; 7084; 7085; 7101). Others appear to be redacted (Zurich 007060; 7066; 7067; 7069; 7084; 7085; 7086). Please advise whether there were copy errors, and if so, when replacement documents will be produced for these documents.

- Please confirm that Zurich has produced the Unbundled TPA Guidelines referred to on "Zurich 9191." If not, please produce them immediately, as they are responsive to Plaintiffs' requests.

- Please confirm that Zurich produced documents in its "separate DJ file (9260104482)" referred to on Zurich 9230. If not, please produce them immediately, as they are also responsive to Plaintiffs' requests.

- According to our review of Zurich's production of documents from its privilege log, Zurich has not produced the following documents noted on its privilege log: 48, 719, 730-36, and 738. Please produce these documents as required by the Court's order.

- Please confirm that Zurich has produced its own claim handling guidelines. If not, please produce them immediately, as they are also responsive to Plaintiffs' requests.

    Thank you for your prompt attention to this letter. Given that depositions are quickly approaching, I would request that you respond by no later than **Wednesday, December 4th**, and that we have a meet-and-confer telephone conference on **Thursday, December 5th, at 11:00 a.m.** CST, to resolve any remaining issues concerning this letter.

Very truly yours,

Jason A. Lien

JAL/arh
Enclosures
cc: James O'Connor, Todd Hayes, David Suchar, William Schuette
10083824

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE SHAW GROUP INC., et al. | DOCKET NO. 3: 12-CV-00257 |
| versus | JUDGE JAMES J. BRADY |
| ZURICH AMERICAN INSURANCE COMPANY, et al. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

**PLAINTIFFS' SECOND AMENDED NOTICE OF TAKING DEPOSITION OF JOSEPH KOSTKOWSKI**

TO: Defendant North American Specialty Insurance Company, and its attorneys, John W. Hite III and Peyton C. Lambert, Salley Hite Mercer & Resor LLC, 365 Canal Street, One Canal Place, Suite 1710, New Orleans, Louisiana 70130; Thomas M. Jones, Brendan Winslow-Nason, Cozen O'Connor, 1201 Third Avenue, Suite 5200, Seattle, Washington 98101; *and*

Defendant Zurich American Insurance Company, and its attorneys, Thomas W. Darling, Gaudry, Ranson, Higgins & Gremillion, 2223 Quail Run, Suite C-2, Baton Rouge, Louisiana 70808..

**PLEASE TAKE NOTICE** that the deposition of **Joseph Kostkowski**, by oral examination and pursuant to Rule 30 of the Federal Rules of Civil Procedure, will be taken on **Tuesday, December 17, 2013, at 9:00 a.m.** at the offices of Jones Walker, 201 St. Charles Avenue, New Orleans, Louisiana 70170-5100 by and before a notary public, and will continue thereafter by adjournment until same shall be completed.

Dated: December 2, 2013   By: _____
James D. O'Connor, MN No. 80780
Jason A. Lien, MN No. 028936X
David E. Suchar, MN No. 392583
MASLON EDELMAN BORMAN & BRAND, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8378
Fax: (612) 642-8378
Email: james.oconnor@maslon.com
(Admitted *Pro Hac Vice*)

Todd C. Hayes, WA No. 26361
HARPER HAYES PLLC
One Union Square
600 University, Suite 2420
Seattle, WA 98101
Telephone: (206) 340-8793
Fax: (206) 260-2852
Email: todd@harperhayes.com
(Admitted *Pro Hac Vice*)

William L. Schuette, LA No. 2098
JONES, WALKER, WAECHTER, POITEVENT,
    CARRERE & DENEGRE, LLP
8555 United Plaza Blvd, 5th Floor
Baton Rouge, LA 70809
Telephone: (225) 248-2056
Fax: (225) 248-3056
Email: wschuette@joneswalker.com

**ATTORNEYS FOR PLAINTIFF
THE SHAW GROUP INC. AND
SHAW PROCESS FABRICATORS, INC.**

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE SHAW GROUP INC., et al.** | **DOCKET NO. 3: 12-CV-00257** |
| **versus** | **JUDGE JAMES J. BRADY** |
| **ZURICH AMERICAN INSURANCE COMPANY, et al.** | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |

### PLAINTIFFS' SECOND AMENDED NOTICE OF TAKING DEPOSITION OF LEO BIGLEY

TO: Defendant North American Specialty Insurance Company, and its attorneys, John W. Hite III and Peyton C. Lambert, Salley Hite Mercer & Resor LLC, 365 Canal Street, One Canal Place, Suite 1710, New Orleans, Louisiana 70130; Thomas M. Jones, Brendan Winslow-Nason, Cozen O'Connor, 1201 Third Avenue, Suite 5200, Seattle, Washington 98101; *and*

Defendant Zurich American Insurance Company, and its attorneys, Thomas W. Darling, Gaudry, Ranson, Higgins & Gremillion, 2223 Quail Run, Suite C-2, Baton Rouge, Louisiana 70808..

PLEASE TAKE NOTICE that the deposition of **Leo Bigley**, by oral examination and pursuant to Rule 30 of the Federal Rules of Civil Procedure, will be taken on **Wednesday, December 18, 2013, at 9:00 a.m.** at the offices of Jones Walker, 201 St. Charles Avenue, New Orleans, Louisiana 70170-5100 by and before a notary public, and will continue thereafter by adjournment until same shall be completed.

Dated: December 2, 2013    By: _____
James D. O'Connor, MN No. 80780
Jason A. Lien, MN No. 028936X
David E. Suchar, MN No. 392583
MASLON EDELMAN BORMAN & BRAND, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8378
Fax: (612) 642-8378
Email: james.oconnor@maslon.com
(Admitted *Pro Hac Vice*)

Todd C. Hayes, WA No. 26361
HARPER HAYES PLLC
One Union Square
600 University, Suite 2420
Seattle, WA 98101
Telephone: (206) 340-8793
Fax: (206) 260-2852
Email: todd@harperhayes.com
(Admitted *Pro Hac Vice*)

William L. Schuette, LA No. 2098
JONES, WALKER, WAECHTER, POITEVENT,
    CARRERE & DENEGRE, LLP
8555 United Plaza Blvd, 5th Floor
Baton Rouge, LA 70809
Telephone: (225) 248-2056
Fax: (225) 248-3056
Email: wschuette@joneswalker.com

**ATTORNEYS FOR PLAINTIFF**
**THE SHAW GROUP INC. AND**
**SHAW PROCESS FABRICATORS, INC.**

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE SHAW GROUP INC., et al. | DOCKET NO. 3: 12-CV-00257 |
| versus | JUDGE JAMES J. BRADY |
| ZURICH AMERICAN INSURANCE COMPANY, et al. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

### PLAINTIFFS' NOTICE OF TAKING DEPOSITION OF ROBERT BOEHNING

TO: Defendant North American Specialty Insurance Company, and its attorneys, John W. Hite III and Peyton C. Lambert, Salley Hite Mercer & Resor LLC, 365 Canal Street, One Canal Place, Suite 1710, New Orleans, Louisiana 70130; Thomas M. Jones, Brendan Winslow-Nason, Cozen O'Connor, 1201 Third Avenue, Suite 5200, Seattle, Washington 98101; *and*

Defendant Zurich American Insurance Company, and its attorneys, Thomas W. Darling, Gaudry, Ranson, Higgins & Gremillion, 2223 Quail Run, Suite C-2, Baton Rouge, Louisiana 70808..

PLEASE TAKE NOTICE that the deposition of **Robert Boehning**, by oral examination and pursuant to Rule 30 of the Federal Rules of Civil Procedure, will be taken on **Thursday, December 19, 2013, at 9:00 a.m.** at the offices of Jones Walker, 201 St. Charles Avenue, New Orleans, Louisiana 70170-5100 by and before a notary public, and will continue thereafter by adjournment until same shall be completed.

Dated: December 2, 2013     By: _____
James D. O'Connor, MN No. 80780
Jason A. Lien, MN No. 028936X
David E. Suchar, MN No. 392583
MASLON EDELMAN BORMAN & BRAND, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8378
Fax: (612) 642-8378
Email: james.oconnor@maslon.com
(Admitted *Pro Hac Vice*)

Todd C. Hayes, WA No. 26361
HARPER HAYES PLLC
One Union Square
600 University, Suite 2420
Seattle, WA 98101
Telephone: (206) 340-8793
Fax: (206) 260-2852
Email: todd@harperhayes.com
(Admitted *Pro Hac Vice*)

William L. Schuette, LA No. 2098
JONES, WALKER, WAECHTER, POITEVENT,
   CARRERE & DENEGRE, LLP
8555 United Plaza Blvd, 5th Floor
Baton Rouge, LA 70809
Telephone: (225) 248-2056
Fax: (225) 248-3056
Email: wschuette@joneswalker.com

**ATTORNEYS FOR PLAINTIFF
THE SHAW GROUP INC. AND
SHAW PROCESS FABRICATORS, INC.**

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE SHAW GROUP INC., et al.** | **DOCKET NO. 3: 12-CV-00257** |
| versus | **JUDGE JAMES J. BRADY** |
| **ZURICH AMERICAN INSURANCE COMPANY, et al.** | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |

## PLAINTIFFS' SECOND AMENDED NOTICE OF TAKING RULE 30(B)(6) DEPOSITION OF DEFENDANT ZURICH AMERICAN INSURANCE COMPANY

TO: Defendant Zurich American Insurance Company, and its attorneys, Thomas W. Darling, Gaudry, Ranson, Higgins & Gremillion, 2223 Quail Run, Suite C-2, Baton Rouge, Louisiana 70808; *and*

Defendant North American Specialty Insurance Company, and its attorneys, John W. Hite III and Peyton C. Lambert, Salley Hite Mercer & Resor LLC, 365 Canal Street, One Canal Place, Suite 1710, New Orleans, Louisiana 70130; Thomas M. Jones, Brendan Winslow-Nason, Cozen O'Connor, 1201 Third Avenue, Suite 5200, Seattle, Washington 98101.

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of the person(s) described below on **Thursday, December 19, 2013, at 2:00 p.m.**, and thereafter by adjournment until the same shall be completed. The deposition shall be taken before a qualified notary public at the offices of Jones Walker, 201 St. Charles Avenue, New Orleans, Louisiana 70170-5100.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant Zurich American Insurance Company ("Zurich") is required to designate one or more officers, directors, managing agents, or other persons to testify on their behalf and to designate, for

each person so designated, the matters known or reasonably available to the deponent. The matters upon which the deponent(s) is requested to testify concerning are as follows:

1. Zurich's search for, and production of, documents and electronically stored information ("ESI") in response to Plaintiffs' First Interrogatories and Requests For Production to Defendant Zurich.

2. All facts relating to the underwriting, application, or issuance of, or renewal or replacement of, any policies issued by Defendant Zurich to Plaintiffs The Shaw Group Inc. or Shaw Process Fabricators, Inc. ("Plaintiffs"), and which insure Plaintiffs in any capacity, , including but not limited to GLO 3866607-01 (9/1/06 – 9/1/07), GLO 3866607-02 (9/1/07 – 9/1/08), GLO 3866607-03 (9/1/08 – 9/1/09), and GLO 3866607-04 (9/1/09 – 9/1/10) (the "Zurich Policies").

3. All facts, circumstances, and communications involving the issuance of and the parties' interpretation of the Zurich Policies.

4. All facts, circumstances, and communications involving the issuance of and the parties' interpretation of any policies issued by North American Specialty Insurance Company ("NAS") to Plaintiffs , and which insure Plaintiffs in any capacity, including but not limited to policy numbers DVX0000138 00 (9/1/06 – 9/1/07), DVX0000204 01 (9/1/07 – 9/1/08), DVX0000246 02 (9/1/08 – 9/1/09), DVX0000246 03 (9/1/09 – 9/1/10), DVX0000139 00 (9/1/06 – 9/1/07), DVX0000205 01 (9/1/07 – 9/1/08), DVX0000247 02 (9/1/08 – 9/1/09) and DVX0000247 03 (9/1/09 – 9/1/10) ("the NAS Policies").

5. All facts, circumstances, and communications involving the issuance of and the parties' interpretation of any policies issued by Westchester Fire Insurance Company

("Westchester") to Plaintiffs, and which insure Plaintiffs in any capacity, including but not limited to G2205367A001 (9/1/06 – 9/1/07), G2205367A002 (9/1/07 – 9/1/08), G2205367A003 (9/1/08 – 9/1/09), G2205367A004 (9/1/09 – 9/1/10), G22053681001 (9/1/06 – 9/1/07), G22053681002 (9/1/07 – 9/1/08), G22053681003 (9/1/08 – 9/1/09), and G22053681004 (9/1/09 – 9/1/10) (the "Westchester Policies").

6. All communications between Zurich and NAS relating to the interpretation of the NAS Policies, Zurich Policies or Westchester Policies.

7. All communications between Zurich and Westchester relating to the interpretation of the NAS Policies, Zurich Policies or Westchester Policies.

8. All facts relating to Zurich's investigation, file handling, adjustment, claim analysis, or any other activity related to any claim and/or request for insurance benefits to Zurich arising out of the lawsuit entitled *REC Solar Grade Silicon, LC v. The Shaw Group Inc., et al.*, U.S. District Court for the Eastern District of Washington, Cause No. CV-09-188-LRS (the "Claim").

9. All communications between Zurich and FARA Insurance Services relating to the Claim.

10. All communications between Zurich and NAS or Endurance Services, Ltd. relating to the Claim.

11. All communications between Zurich and Westchester relating to the Claim.

12. All facts, circumstances, and communications involving the drafting of the Amendment of Damage to Property Endorsement (Exclusion K Damage to Your Product) in policy number GLO 3866607-02 (9/1/07 – 9/1/08).

3

13. All facts supporting the claim in your Answer (docket no. 160) that "Plaintiffs breached one or more conditions of the policy number GLO3866607-03.

14. All facts supporting the claim in your Answer (docket no. 160) that "Plaintiffs did not consistently or immediately send Zurich copies of any demands, notices, summons or legal papers received in connection with the Underlying Litigation," and the identity, by date and author, of every demand, notice, summons or legal paper that you requested from Plaintiffs or their counsel that you did not "immediately" receive.

15. All facts supporting the claim in your Answer (docket no. 160) that "Plaintiffs did not cooperate with Zurich in the investigation and defense of the Underlying Litigation."

16. All facts supporting the claim in your Answer (docket no. 160) that "Plaintiffs made voluntary payments, assumed obligations and incurred expenses, without Zurich's consent."

17. All facts supporting the claim in your Answer (docket no. 160) that "the deductible obligations under policy number GLO3866607-03 have not been satisfied," including the identity of every spreadsheet, email, calculation, or other document, by date and author, that you contend supports this contention.

18. All facts supporting the claim in your Answer (docket no. 160) that "Plaintiffs' damages, if any, are a result of their own acts or omissions, and the acts and omissions of others who Zurich has no authority or control."

19. All facts supporting the claim in your Answer (docket no. 160) that "Plaintiffs have failed to mitigate their damages."

Dated: December 2, 2013          By: _____
                                 James D. O'Connor, MN No. 80780
                                 Jason A. Lien, MN No. 028936X
                                 David E. Suchar, MN No. 392583
                                 MASLON EDELMAN BORMAN & BRAND, LLP
                                 3300 Wells Fargo Center
                                 90 South Seventh Street
                                 Minneapolis, MN 55402
                                 Telephone: (612) 672-8378
                                 Fax: (612) 642-8378
                                 Email: james.oconnor@maslon.com
                                 (Admitted *Pro Hac Vice*)

                                 Todd C. Hayes, WA No. 26361
                                 HARPER HAYES PLLC
                                 One Union Square
                                 600 University, Suite 2420
                                 Seattle, WA 98101
                                 Telephone: (206) 340-8793
                                 Fax: (206) 260-2852
                                 Email: todd@harperhayes.com
                                 (Admitted *Pro Hac Vice*)

                                 William L. Schuette, LA No. 2098
                                 JONES, WALKER, WAECHTER, POITEVENT,
                                    CARRERE & DENEGRE, LLP
                                 8555 United Plaza Blvd, 5th Floor
                                 Baton Rouge, LA 70809
                                 Telephone: (225) 248-2056
                                 Fax: (225) 248-3056
                                 Email: wschuette@joneswalker.com

                                 **ATTORNEYS FOR PLAINTIFF**
                                 **THE SHAW GROUP INC. AND**
                                 **SHAW PROCESS FABRICATORS, INC.**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE SHAW GROUP INC., et al. | DOCKET NO. 3: 12-CV-00257 |
| versus | JUDGE JAMES J. BRADY |
| ZURICH AMERICAN INSURANCE COMPANY, et al. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

**PLAINTIFFS' NOTICE OF TAKING DEPOSITION OF KEN FORD**

TO: Defendant North American Specialty Insurance Company, and its attorneys, John W. Hite III and Peyton C. Lambert, Salley Hite Mercer & Resor LLC, 365 Canal Street, One Canal Place, Suite 1710, New Orleans, Louisiana 70130; Thomas M. Jones, Brendan Winslow-Nason, Cozen O'Connor, 1201 Third Avenue, Suite 5200, Seattle, Washington 98101; *and*

Defendant Zurich American Insurance Company, and its attorneys, Thomas W. Darling, Gaudry, Ranson, Higgins & Gremillion, 2223 Quail Run, Suite C-2, Baton Rouge, Louisiana 70808..

PLEASE TAKE NOTICE that the deposition of **Ken Ford**, by oral examination and pursuant to Rule 30 of the Federal Rules of Civil Procedure, will be taken on **Friday, December 20, 2013, at 9:00 a.m.** at the offices of Jones Walker, 201 St. Charles Avenue, New Orleans, Louisiana 70170-5100 by and before a notary public, and will continue thereafter by adjournment until same shall be completed.

Dated: December 2, 2013     By: _____
                            James D. O'Connor, MN No. 80780
                            Jason A. Lien, MN No. 028936X
                            David E. Suchar, MN No. 392583
                            MASLON EDELMAN BORMAN & BRAND, LLP
                            3300 Wells Fargo Center
                            90 South Seventh Street
                            Minneapolis, MN 55402
                            Telephone: (612) 672-8378
                            Fax: (612) 642-8378
                            Email: james.oconnor@maslon.com
                            (Admitted *Pro Hac Vice*)

                            Todd C. Hayes, WA No. 26361
                            HARPER HAYES PLLC
                            One Union Square
                            600 University, Suite 2420
                            Seattle, WA 98101
                            Telephone: (206) 340-8793
                            Fax: (206) 260-2852
                            Email: todd@harperhayes.com
                            (Admitted *Pro Hac Vice*)

                            William L. Schuette, LA No. 2098
                            JONES, WALKER, WAECHTER, POITEVENT,
                                CARRERE & DENEGRE, LLP
                            8555 United Plaza Blvd, 5th Floor
                            Baton Rouge, LA 70809
                            Telephone: (225) 248-2056
                            Fax: (225) 248-3056
                            Email: wschuette@joneswalker.com

                            **ATTORNEYS FOR PLAINTIFF**
                            **THE SHAW GROUP INC. AND**
                            **SHAW PROCESS FABRICATORS, INC.**

2

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE SHAW GROUP INC., et al. | DOCKET NO. 3: 12-CV-00257 |
| versus | JUDGE JAMES J. BRADY |
| ZURICH AMERICAN INSURANCE COMPANY, et al. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## PLAINTIFFS' SECOND AMENDED NOTICE OF TAKING DEPOSITION OF ROSE MARIE ORCINO MADRUGA

TO: Defendant North American Specialty Insurance Company, and its attorneys, John W. Hite III and Peyton C. Lambert, Salley Hite Mercer & Resor LLC, 365 Canal Street, One Canal Place, Suite 1710, New Orleans, Louisiana 70130; Thomas M. Jones, Brendan Winslow-Nason, Cozen O'Connor, 1201 Third Avenue, Suite 5200, Seattle, Washington 98101; *and*

Defendant Zurich American Insurance Company, and its attorneys, Thomas W. Darling, Gaudry, Ranson, Higgins & Gremillion, 2223 Quail Run, Suite C-2, Baton Rouge, Louisiana 70808..

PLEASE TAKE NOTICE that the deposition of **Rose Marie Orcino Madruga**, by oral examination and pursuant to Rule 30 of the Federal Rules of Civil Procedure, will be taken on **Friday, December 20, 2013, at 11:00 a.m.** at the offices of Jones Walker, 201 St. Charles Avenue, New Orleans, Louisiana 70170-5100 by and before a notary public, and will continue thereafter by adjournment until same shall be completed.

Dated: December 2, 2013    By: _____
James D. O'Connor, MN No. 80780
Jason A. Lien, MN No. 028936X
David E. Suchar, MN No. 392583
MASLON EDELMAN BORMAN & BRAND, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8378
Fax: (612) 642-8378
Email: james.oconnor@maslon.com
(Admitted *Pro Hac Vice*)

Todd C. Hayes, WA No. 26361
HARPER HAYES PLLC
One Union Square
600 University, Suite 2420
Seattle, WA 98101
Telephone: (206) 340-8793
Fax: (206) 260-2852
Email: todd@harperhayes.com
(Admitted *Pro Hac Vice*)

William L. Schuette, LA No. 2098
JONES, WALKER, WAECHTER, POITEVENT,
    CARRERE & DENEGRE, LLP
8555 United Plaza Blvd, 5th Floor
Baton Rouge, LA 70809
Telephone: (225) 248-2056
Fax: (225) 248-3056
Email: wschuette@joneswalker.com

**ATTORNEYS FOR PLAINTIFF
THE SHAW GROUP INC. AND
SHAW PROCESS FABRICATORS, INC.**

2

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE SHAW GROUP INC., et al. | DOCKET NO. 3: 12-CV-00257 |
| versus | JUDGE JAMES J. BRADY |
| ZURICH AMERICAN INSURANCE COMPANY, et al. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

### PLAINTIFFS' SECOND AMENDED NOTICE OF TAKING DEPOSITION OF JOHN MAHONEY

TO:   Defendant North American Specialty Insurance Company, and its attorneys, John W. Hite III and Peyton C. Lambert, Salley Hite Mercer & Resor LLC, 365 Canal Street, One Canal Place, Suite 1710, New Orleans, Louisiana 70130; Thomas M. Jones, Brendan Winslow-Nason, Cozen O'Connor, 1201 Third Avenue, Suite 5200, Seattle, Washington 98101; *and*

Defendant Zurich American Insurance Company, and its attorneys, Thomas W. Darling, Gaudry, Ranson, Higgins & Gremillion, 2223 Quail Run, Suite C-2, Baton Rouge, Louisiana 70808..

PLEASE TAKE NOTICE that the deposition of **John Mahoney**, by oral examination and pursuant to Rule 30 of the Federal Rules of Civil Procedure, will be taken on **Friday, December 20, 2013, at 2:00 p.m.** at the offices of Jones Walker, 201 St. Charles Avenue, New Orleans, Louisiana 70170-5100 by and before a notary public, and will continue thereafter by adjournment until same shall be completed.

Dated: December 2, 2013    By: /s/ James D. O'Connor
James D. O'Connor, MN No. 80780
Jason A. Lien, MN No. 028936X
David E. Suchar, MN No. 392583
MASLON EDELMAN BORMAN & BRAND, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8378
Fax: (612) 642-8378
Email: james.oconnor@maslon.com
(Admitted *Pro Hac Vice*)

Todd C. Hayes, WA No. 26361
HARPER HAYES PLLC
One Union Square
600 University, Suite 2420
Seattle, WA 98101
Telephone: (206) 340-8793
Fax: (206) 260-2852
Email: todd@harperhayes.com
(Admitted *Pro Hac Vice*)

William L. Schuette, LA No. 2098
JONES, WALKER, WAECHTER, POITEVENT,
    CARRERE & DENEGRE, LLP
8555 United Plaza Blvd, 5th Floor
Baton Rouge, LA 70809
Telephone: (225) 248-2056
Fax: (225) 248-3056
Email: wschuette@joneswalker.com

**ATTORNEYS FOR PLAINTIFF**
**THE SHAW GROUP INC. AND**
**SHAW PROCESS FABRICATORS, INC.**