

P 612.672.8200
F 612.672.8397
www.maslon.com

3300 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402-4140

JASON A. LIEN
Direct Phone: 612/672-8319
Direct Fax: 612/642-8319
jason.lien@maslon.com

October 3, 2013

**VIA FACSIMILE AND U. S. MAIL**

Thomas M. Jones
Cozen O'Connor
1201 Third Avenue, Suite 5200
Seattle, WA 98101

Thomas W. Darling
Gaudry, Ranson, Higgins & Gremillion
2223 Quail Run, Suite C-2
Baton Rouge, LA 70808

John W. Hite, III
Salley, Hite & Mercer, LLC
365 Canal Street, Suite 1710
New Orleans, LA 70130

Re: The Shaw Group Inc., et al. v. Zurich American Insurance Company, et al.

Dear Counsel:

Enclosed and served upon you please find the following:

1. Plaintiffs' Rule 30(b)(6) Deposition Notice of Defendant Zurich American Insurance Company;
2. Plaintiffs' Rule 30(b)(6) Deposition Notice of Defendant North American Specialty Insurance Company;
3. Plaintiffs' Deposition Notice of Leo Bigley;
4. Plaintiffs' Deposition Notice of Joseph Kostkowski;
5. Plaintiffs' Deposition Notice of Rose Marie Orcino Madruga; and
6. Plaintiffs' Deposition Notice of John Mahoney.

After you have reviewed the proposed dates and locations for these depositions, please contact me or Todd Hayes to confirm them for scheduling purposes.

EXHIBIT D

# MASLON

October 3, 2013
Page 2

    Thank you.

                       Very truly yours,

                       Jason A. Lien

JAL/des
Enclosure
cc: James O'Connor, Todd Hayes, David Suchar, William Schuette

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE SHAW GROUP INC., et al. | DOCKET NO. 3: 12-CV-00257 |
| versus | JUDGE JAMES J. BRADY |
| ZURICH AMERICAN INSURANCE COMPANY, et al. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## PLAINTIFFS' NOTICE OF TAKING RULE 30(B)(6) DEPOSITION OF DEFENDANT ZURICH AMERICAN INSURANCE COMPANY

TO: Defendant Zurich American Insurance Company, and its attorneys, Thomas W. Darling, Gaudry, Ranson, Higgins & Gremillion, 2223 Quail Run, Suite C-2, Baton Rouge, Louisiana 70808; *and*

Defendant North American Specialty Insurance Company, and its attorneys, John W. Hite III and Peyton C. Lambert, Salley Hite Mercer & Resor LLC, 365 Canal Street, One Canal Place, Suite 1710, New Orleans, Louisiana 70130; Thomas M. Jones, Brendan Winslow-Nason, Cozen O'Connor, 1201 Third Avenue, Suite 5200, Seattle, Washington 98101.

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of the person(s) described below on the 5th day of November, 2013, at 9:00 a.m., and thereafter by adjournment until the same shall be completed. The deposition shall be taken before a qualified notary public at the offices of Jones Walker, 201 St. Charles Avenue, New Orleans, Louisiana 70170-5100.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant Zurich American Insurance Company ("Zurich") is required to designate one or more officers, directors, managing agents, or other persons to testify on their behalf and to designate, for

each person so designated, the matters known or reasonably available to the deponent. The matters upon which the deponent(s) is requested to testify concerning are as follows:

1. Zurich's search for, and production of, documents and electronically stored information ("ESI") in response to Plaintiffs' First Interrogatories and Requests For Production to Defendant Zurich.

2. All facts relating to the underwriting, application, or issuance of, or renewal or replacement of, any policies issued by Defendant Zurich to Plaintiffs The Shaw Group Inc. or Shaw Process Fabricators, Inc. ("Plaintiffs"), and which insure Plaintiffs in any capacity, , including but not limited to GLO 3866607-01 (9/1/06 – 9/1/07), GLO 3866607-02 (9/1/07 – 9/1/08), GLO 3866607-03 (9/1/08 – 9/1/09), and GLO 3866607-04 (9/1/09 – 9/1/10) (the "Zurich Policies").

3. All facts, circumstances, and communications involving the issuance of and the parties' interpretation of the Zurich Policies.

4. All facts, circumstances, and communications involving the issuance of and the parties' interpretation of any policies issued by North American Specialty Insurance Company ("NAS") to Plaintiffs , and which insure Plaintiffs in any capacity, including but not limited to policy numbers DVX0000138 00 (9/1/06 – 9/1/07), DVX0000204 01 (9/1/07 – 9/1/09), DVX0000246 02 (9/1/08 – 9/1/09), DVX0000246 03 (9/1/09 – 9/1/10), DVX0000139 00 (9/1/06 – 9/1/07), DVX0000205 01 (9/1/07 – 9/1/08), DVX0000247 02 (9/1/08 – 9/1/09) and DVX0000247 03 (9/1/09 – 9/1/10) ("the NAS Policies").

5. All facts, circumstances, and communications involving the issuance of and the parties' interpretation of any policies issued by Westchester Fire Insurance Company

("Westchester") to Plaintiffs, and which insure Plaintiffs in any capacity, including but not limited to G2205367A001 (9/1/06 – 9/1/07), G2205367A002 (9/1/07 – 9/1/08), G2205367A003 (9/1/08 – 9/1/09), G2205367A004 (9/1/09 – 9/1/10), G22053681001 (9/1/06 – 9/1/07), G22053681002 (9/1/07 – 9/1/08), G22053681003 (9/1/08 – 9/1/09), and G22053681004 (9/1/09 – 9/1/10) (the "Westchester Policies").

6. All communications between Zurich and NAS relating to the interpretation of the NAS Policies, Zurich Policies or Westchester Policies.

7. All communications between Zurich and Westchester relating to the interpretation of the NAS Policies, Zurich Policies or Westchester Policies.

8. All facts relating to Zurich's investigation, file handling, adjustment, claim analysis, or any other activity related to any claim and/or request for insurance benefits to Zurich arising out of the lawsuit entitled *REC Solar Grade Silicon, LC v. The Shaw Group Inc., et al.*, U.S. District Court for the Eastern District of Washington, Cause No. CV-09-188-LRS (the "Claim").

9. All communications between Zurich and FARA Insurance Services relating to the Claim.

10. All communications between Zurich and NAS or Endurance Services, Ltd. relating to the Claim.

11. All communications between Zurich and Westchester relating to the Claim.

Dated: October 3, 2013       By: _____
                              James D. O'Connor, MN No. 80780
                              Jason A. Lien, MN No. 028936X
                              David E. Suchar, MN No. 392583
                              MASLON EDELMAN BORMAN & BRAND, LLP
                              3300 Wells Fargo Center
                              90 South Seventh Street
                              Minneapolis, MN 55402
                              Telephone: (612) 672-8378
                              Fax: (612) 642-8378
                              Email: james.oconnor@maslon.com
                              (Admitted *Pro Hac Vice*)

                              Todd C. Hayes, WA No. 26361
                              HARPER HAYES PLLC
                              One Union Square
                              600 University, Suite 2420
                              Seattle, WA 98101
                              Telephone: (206) 340-8793
                              Fax: (206) 260-2852
                              Email: todd@harperhayes.com
                              (Admitted *Pro Hac Vice*)

                              William L. Schuette, LA No. 2098
                              JONES, WALKER, WAECHTER, POITEVENT,
                                  CARRERE & DENEGRE, LLP
                              8555 United Plaza Blvd, 5th Floor
                              Baton Rouge, LA 70809
                              Telephone: (225) 248-2056
                              Fax: (225) 248-3056
                              Email: wschuette@joneswalker.com

                              **ATTORNEYS FOR PLAINTIFF
                              THE SHAW GROUP INC. AND
                              SHAW PROCESS FABRICATORS, INC.**

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE SHAW GROUP INC., et al. | DOCKET NO. 3: 12-CV-00257 |
| versus | JUDGE JAMES J. BRADY |
| ZURICH AMERICAN INSURANCE COMPANY, et al. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## PLAINTIFFS' NOTICE OF TAKING RULE 30(B)(6) DEPOSITION OF DEFENDANT NORTH AMERICAN SPECIALTY INSURANCE COMPANY

TO: Defendant North American Specialty Insurance Company, and its attorneys, John W. Hite III and Peyton C. Lambert, Salley Hite Mercer & Resor LLC, 365 Canal Street, One Canal Place, Suite 1710, New Orleans, Louisiana 70130; Thomas M. Jones, Brendan Winslow-Nason, Cozen O'Connor, 1201 Third Avenue, Suite 5200, Seattle, Washington 98101; *and*

Defendant Zurich American Insurance Company, and its attorneys, Thomas W. Darling, Gaudry, Ranson, Higgins & Gremillion, 2223 Quail Run, Suite C-2, Baton Rouge, Louisiana 70808.

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of the person(s) described below on the 29th day of October, 2013, at 10:00 a.m., and thereafter by adjournment until the same shall be completed. The deposition shall be taken before a qualified notary public at the offices of Cypress LLP, 11111 Santa Monica Blvd, Suite 500, Los Angeles, California 90025.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant North American Specialty Insurance Company ("NAS") is required to designate one or more officers, directors, managing agents, or other persons to testify on their behalf and to designate, for

each person so designated, the matters known or reasonably available to the deponent. The matters upon which the deponent(s) is requested to testify concerning are as follows:

1. NAS's search for, and production of, documents and electronically stored information ("ESI") in response to Plaintiffs' First Interrogatories and Requests For Production to Defendant NAS.

2. All facts relating to the underwriting, application, or issuance of, or renewal or replacement of, any policies issued by Defendant North American Specialty Insurance Company to Plaintiffs The Shaw Group Inc. or Shaw Process Fabricators, Inc. ("Plaintiffs"), and which insure Plaintiffs in any capacity, including but not limited to policy numbers DVX0000138 00 (9/1/06 – 9/1/07), DVX0000204 01 (9/1/07 – 9/1/09), DVX0000246 02 (9/1/08 – 9/1/09), DVX0000246 03 (9/1/09 – 9/1/10), DVX0000139 00 (9/1/06 – 9/1/07), DVX0000205 01 (9/1/07 – 9/1/08), DVX0000247 02 (9/1/08 – 9/1/09) and DVX0000247 03 (9/1/09 – 9/1/10) ("the NAS Policies").

3. All facts, circumstances, and communications involving the issuance of and the parties' interpretation of the NAS Policies.

4. All facts, circumstances, and communications involving the issuance of and the parties' interpretation of any policies issued by Zurich American Insurance Company ("Zurich") to Plaintiffs, and which insure Plaintiffs in any capacity, including but not limited to GLO 3866607-01 (9/1/06 – 9/1/07), GLO 3866607-02 (9/1/07 – 9/1/08), GLO 3866607-03 (9/1/08 – 9/1/09), and GLO 3866607-04 (9/1/09 – 9/1/10) (the "Zurich Policies").

5. All facts, circumstances, and communications involving the issuance of and the parties' interpretation of any policies issued by Westchester Fire Insurance Company

("Westchester") to Plaintiffs, and which insure Plaintiffs in any capacity, including but not limited to G2205367A001 (9/1/06 – 9/1/07), G2205367A002 (9/1/07 – 9/1/08), G2205367A003 (9/1/08 – 9/1/09), G2205367A004 (9/1/09 – 9/1/10), G22053681001 (9/1/06 – 9/1/07), G22053681002 (9/1/07 – 9/1/08), G22053681003 (9/1/08 – 9/1/09), and G22053681004 (9/1/09 – 9/1/10) (the "Westchester Policies").

6. All communications between NAS and Zurich relating to the interpretation of the NAS Policies, Zurich Policies or Westchester Policies.

7. All communications between NAS and Westchester relating to the interpretation of the NAS Policies, Zurich Policies or Westchester Policies.

8. All facts relating to NAS's investigation, file handling, adjustment, claim analysis, or any other activity related to any claim and/or request for insurance benefits to NAS arising out of the lawsuit entitled *REC Solar Grade Silicon, LC v. The Shaw Group Inc., et al.*, U.S. District Court for the Eastern District of Washington, Cause No. CV-09-188-LRS (the "Claim").

9. All communications between NAS and Endurance Services, Ltd. relating to the Claim.

10. All communications between NAS and Zurich relating to the Claim.

11. All communications between NAS and Westchester relating to the Claim.

Dated: October 3, 2013   By: _____
James D. O'Connor, MN No. 80780
Jason A. Lien, MN No. 028936X
David E. Suchar, MN No. 392583
MASLON EDELMAN BORMAN & BRAND, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8378
Fax: (612) 642-8378
Email: james.oconnor@maslon.com
(Admitted *Pro Hac Vice*)

Todd C. Hayes, WA No. 26361
HARPER HAYES PLLC
One Union Square
600 University, Suite 2420
Seattle, WA 98101
Telephone: (206) 340-8793
Fax: (206) 260-2852
Email: todd@harperhayes.com
(Admitted *Pro Hac Vice*)

William L. Schuette, LA No. 2098
JONES, WALKER, WAECHTER, POITEVENT,
    CARRERE & DENEGRE, LLP
8555 United Plaza Blvd, 5th Floor
Baton Rouge, LA 70809
Telephone: (225) 248-2056
Fax: (225) 248-3056
Email: wschuette@joneswalker.com

**ATTORNEYS FOR PLAINTIFF
THE SHAW GROUP INC. AND
SHAW PROCESS FABRICATORS, INC.**

4

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE SHAW GROUP INC., et al. | DOCKET NO. 3: 12-CV-00257 |
| versus | JUDGE JAMES J. BRADY |
| ZURICH AMERICAN INSURANCE COMPANY, et al. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

### PLAINTIFFS' NOTICE OF TAKING DEPOSITION OF LEO BIGLEY

TO: Defendant North American Specialty Insurance Company, and its attorneys, John W. Hite III and Peyton C. Lambert, Salley Hite Mercer & Resor LLC, 365 Canal Street, One Canal Place, Suite 1710, New Orleans, Louisiana 70130; Thomas M. Jones, Brendan Winslow-Nason, Cozen O'Connor, 1201 Third Avenue, Suite 5200, Seattle, Washington 98101; *and*

Defendant Zurich American Insurance Company, and its attorneys, Thomas W. Darling, Gaudry, Ranson, Higgins & Gremillion, 2223 Quail Run, Suite C-2, Baton Rouge, Louisiana 70808..

PLEASE TAKE NOTICE that the deposition of **Leo Bigley**, by oral examination and pursuant to Rule 30 of the Federal Rules of Civil Procedure, will be taken on **Wednesday, November 6, 2013, at 9:00 a.m.** at the offices of Jones Walker, 201 St. Charles Avenue, New Orleans, Louisiana 70170-5100 by and before a notary public, and will continue thereafter by adjournment until same shall be completed.

Dated: October 3, 2013   By: /s/ _____
James D. O'Connor, MN No. 80780
Jason A. Lien, MN No. 028936X
David E. Suchar, MN No. 392583
MASLON EDELMAN BORMAN & BRAND, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8378
Fax: (612) 642-8378
Email: james.oconnor@maslon.com
(Admitted *Pro Hac Vice*)

Todd C. Hayes, WA No. 26361
HARPER HAYES PLLC
One Union Square
600 University, Suite 2420
Seattle, WA 98101
Telephone: (206) 340-8793
Fax: (206) 260-2852
Email: todd@harperhayes.com
(Admitted *Pro Hac Vice*)

William L. Schuette, LA No. 2098
JONES, WALKER, WAECHTER, POITEVENT,
    CARRERE & DENEGRE, LLP
8555 United Plaza Blvd, 5th Floor
Baton Rouge, LA 70809
Telephone: (225) 248-2056
Fax: (225) 248-3056
Email: wschuette@joneswalker.com

**ATTORNEYS FOR PLAINTIFF
THE SHAW GROUP INC. AND
SHAW PROCESS FABRICATORS, INC.**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE SHAW GROUP INC., et al. | DOCKET NO. 3: 12-CV-00257 |
| versus | JUDGE JAMES J. BRADY |
| ZURICH AMERICAN INSURANCE COMPANY, et al. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

### PLAINTIFFS' NOTICE OF TAKING DEPOSITION OF JOSEPH KOSTKOWSKI

TO: Defendant North American Specialty Insurance Company, and its attorneys, John W. Hite III and Peyton C. Lambert, Salley Hite Mercer & Resor LLC, 365 Canal Street, One Canal Place, Suite 1710, New Orleans, Louisiana 70130; Thomas M. Jones, Brendan Winslow-Nason, Cozen O'Connor, 1201 Third Avenue, Suite 5200, Seattle, Washington 98101; *and*

Defendant Zurich American Insurance Company, and its attorneys, Thomas W. Darling, Gaudry, Ranson, Higgins & Gremillion, 2223 Quail Run, Suite C-2, Baton Rouge, Louisiana 70808..

PLEASE TAKE NOTICE that the deposition of **Joseph Kostkowski**, by oral examination and pursuant to Rule 30 of the Federal Rules of Civil Procedure, will be taken on **Wednesday, November 6, 2013, at 1:00 p.m.** at the offices of Jones Walker, 201 St. Charles Avenue, New Orleans, Louisiana 70170-5100 by and before a notary public, and will continue thereafter by adjournment until same shall be completed.

Dated: October 3, 2013     By: /s/ _____
James D. O'Connor, MN No. 80780
Jason A. Lien, MN No. 028936X
David E. Suchar, MN No. 392583
MASLON EDELMAN BORMAN & BRAND, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8378
Fax: (612) 642-8378
Email: james.oconnor@maslon.com
(Admitted *Pro Hac Vice*)

Todd C. Hayes, WA No. 26361
HARPER HAYES PLLC
One Union Square
600 University, Suite 2420
Seattle, WA 98101
Telephone: (206) 340-8793
Fax: (206) 260-2852
Email: todd@harperhayes.com
(Admitted *Pro Hac Vice*)

William L. Schuette, LA No. 2098
JONES, WALKER, WAECHTER, POITEVENT,
    CARRERE & DENEGRE, LLP
8555 United Plaza Blvd, 5th Floor
Baton Rouge, LA 70809
Telephone: (225) 248-2056
Fax: (225) 248-3056
Email: wschuette@joneswalker.com

**ATTORNEYS FOR PLAINTIFF
THE SHAW GROUP INC. AND
SHAW PROCESS FABRICATORS, INC.**

2

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE SHAW GROUP INC., et al. | DOCKET NO. 3: 12-CV-00257 |
| versus | JUDGE JAMES J. BRADY |
| ZURICH AMERICAN INSURANCE COMPANY, et al. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

### PLAINTIFFS' NOTICE OF TAKING DEPOSITION OF ROSE MARIE ORCINO MADRUGA

TO: Defendant North American Specialty Insurance Company, and its attorneys, John W. Hite III and Peyton C. Lambert, Salley Hite Mercer & Resor LLC, 365 Canal Street, One Canal Place, Suite 1710, New Orleans, Louisiana 70130; Thomas M. Jones, Brendan Winslow-Nason, Cozen O'Connor, 1201 Third Avenue, Suite 5200, Seattle, Washington 98101; *and*

Defendant Zurich American Insurance Company, and its attorneys, Thomas W. Darling, Gaudry, Ranson, Higgins & Gremillion, 2223 Quail Run, Suite C-2, Baton Rouge, Louisiana 70808..

PLEASE TAKE NOTICE that the deposition of **Rose Marie Orcino Madruga**, by oral examination and pursuant to Rule 30 of the Federal Rules of Civil Procedure, will be taken on **Thursday, November 7, 2013, at 9:00 a.m.** at the offices of Jones Walker, 201 St. Charles Avenue, New Orleans, Louisiana 70170-5100 by and before a notary public, and will continue thereafter by adjournment until same shall be completed.

Dated: October 3, 2013    By: /s/ _____
James D. O'Connor, MN No. 80780
Jason A. Lien, MN No. 028936X
David E. Suchar, MN No. 392583
MASLON EDELMAN BORMAN & BRAND, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8378
Fax: (612) 642-8378
Email: james.oconnor@maslon.com
(Admitted *Pro Hac Vice*)

Todd C. Hayes, WA No. 26361
HARPER HAYES PLLC
One Union Square
600 University, Suite 2420
Seattle, WA 98101
Telephone: (206) 340-8793
Fax: (206) 260-2852
Email: todd@harperhayes.com
(Admitted *Pro Hac Vice*)

William L. Schuette, LA No. 2098
JONES, WALKER, WAECHTER, POITEVENT,
    CARRERE & DENEGRE, LLP
8555 United Plaza Blvd, 5th Floor
Baton Rouge, LA 70809
Telephone: (225) 248-2056
Fax: (225) 248-3056
Email: wschuette@joneswalker.com

**ATTORNEYS FOR PLAINTIFF
THE SHAW GROUP INC. AND
SHAW PROCESS FABRICATORS, INC.**

2

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE SHAW GROUP INC., et al. | DOCKET NO. 3: 12-CV-00257 |
| versus | JUDGE JAMES J. BRADY |
| ZURICH AMERICAN INSURANCE COMPANY, et al. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

### PLAINTIFFS' NOTICE OF TAKING DEPOSITION OF JOHN MAHONEY

TO: Defendant North American Specialty Insurance Company, and its attorneys, John W. Hite III and Peyton C. Lambert, Salley Hite Mercer & Resor LLC, 365 Canal Street, One Canal Place, Suite 1710, New Orleans, Louisiana 70130; Thomas M. Jones, Brendan Winslow-Nason, Cozen O'Connor, 1201 Third Avenue, Suite 5200, Seattle, Washington 98101; *and*

Defendant Zurich American Insurance Company, and its attorneys, Thomas W. Darling, Gaudry, Ranson, Higgins & Gremillion, 2223 Quail Run, Suite C-2, Baton Rouge, Louisiana 70808..

PLEASE TAKE NOTICE that the deposition of John Mahoney, by oral examination and pursuant to Rule 30 of the Federal Rules of Civil Procedure, will be taken on **Thursday, November 7, 2013, at 1:00 p.m.** at the offices of Jones Walker, 201 St. Charles Avenue, New Orleans, Louisiana 70170-5100 by and before a notary public, and will continue thereafter by adjournment until same shall be completed.

Dated: October 3, 2013   By: _____
James D. O'Connor, MN No. 80780
Jason A. Lien, MN No. 028936X
David E. Suchar, MN No. 392583
MASLON EDELMAN BORMAN & BRAND, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8378
Fax: (612) 642-8378
Email: james.oconnor@maslon.com
(Admitted *Pro Hac Vice*)

Todd C. Hayes, WA No. 26361
HARPER HAYES PLLC
One Union Square
600 University, Suite 2420
Seattle, WA 98101
Telephone: (206) 340-8793
Fax: (206) 260-2852
Email: todd@harperhayes.com
(Admitted *Pro Hac Vice*)

William L. Schuette, LA No. 2098
JONES, WALKER, WAECHTER, POITEVENT,
    CARRERE & DENEGRE, LLP
8555 United Plaza Blvd, 5th Floor
Baton Rouge, LA 70809
Telephone: (225) 248-2056
Fax: (225) 248-3056
Email: wschuette@joneswalker.com

**ATTORNEYS FOR PLAINTIFF**
**THE SHAW GROUP INC. AND**
**SHAW PROCESS FABRICATORS, INC.**

*The Shaw Group Inc., et al. v. Zurich American Insurance Company, et al.*
*Court File No. 3:12-CV-00257*

STATE OF MINNESOTA   )
                     ) ss.
COUNTY OF HENNEPIN   )

## AFFIDAVIT OF SERVICE VIA FAX AND U.S. MAIL

Anne R. Heilman, of the City of St. Paul, County of Ramsey, being first duly sworn upon oath, deposes and says that she is a legal secretary in the offices of MASLON EDELMAN BORMAN & BRAND, LLP, and that on **October 3, 2013**, she served:

1. Plaintiffs' Rule 30(b)(6) Deposition Notice of Defendant Zurich American Insurance Company;
2. Plaintiffs' Rule 30(b)(6) Deposition Notice of Defendant North American Specialty Insurance Company;
3. Plaintiffs' Deposition Notice of Leo Bigley;
4. Plaintiffs' Deposition Notice of Joseph Kostkowski;
5. Plaintiffs' Deposition Notice of Rose Marie Orcino Madruga; and
6. Plaintiffs' Deposition Notice of John Mahoney

by having delivered, via Fax and U.S. Mail, a true and correct copy to the following:

John W. Hite, III
Salley, Hite & Mercer, LLC
365 Canal Street, Suite 1710
New Orleans, LA 70130
Fax: (504) 566-8828

Thomas W. Darling
Gaudry, Ranson, Higgins & Gremillion
2223 Quail Run, Suite C-2
Baton Rouge, LA 70808
Fax: (504) 362-5938

Thomas M. Jones
Brendan Winslow-Nason
Cozen O'Connor
1201 Third Avenue, Suite 5200
Seattle, WA 98101
Fax: (206) 621-8783

_____
Anne R. Heilman

Subscribed and sworn to before me
this 3rd day of October, 2013.

_____
Notary Public

MARY J. MATTSON
Notary Public-Minnesota
My Commission Expires Jan 31, 2015

979856