| | |
|---|---|
| **From:** | Jason Lien |
| **To:** | Thom Darling |
| **Date:** | 11/22/2013 2:48 PM |
| **Subject:** | Re: The Shaw Group, et al v. Zurich American Insurance Company, et al |
| **CC:** | David Suchar; Todd Hayes |
| **Attachments:** | vcard.vcf |

Thom - I left you a message with your office. Please call me to discuss some outstanding discovery issues and confirming depositions as soon as possible. Thanks,



**JASON A. LIEN | PARTNER**
p 612.672.8319 | f 612.642.8319 | email | vcard | biography | linkedin
**MASLON EDELMAN BORMAN & BRAND, LLP**
3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402
p 612.672.8200 | www.maslon.com | map/directions

>>> Thom Darling <TDarling@grhg.net> 11/7/2013 4:07 PM >>>
Gentlemen:

You will be receiving a thumb drive with the bates range documents Zurich 008637 – 023845 from Clarity Litigation tomorrow morning via Federal Express.

We are sorry for any inconvenience this may have caused with regard to these documents and should you need anything further, please do not hesitate to contact me.


Tanya Domingue St. Pierre
Paralegal to Thomas W. Darling
Gaudry, Ranson, Higgins & Gremillion, L.L.C.
2223 Quail Run Drive, Suite C-2
Baton Rouge, LA 70808
Telephone: (225) 663-6101
Facsimile: (225) 663-6102
E-mail: tdomingue@grhg.net

CONFIDENTIALITY NOTICE: This electronic message (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client and/or attorney-work product and/or other legal privileges. This information is intended only for the use of the intended addressee. If you are not the intended addressee, your receipt of this message and/or any accompanying documents was inadvertent or accidental. You are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify the sender by reply e-mail and delete this message. Thank you.

EXHIBIT F