UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE SHAW GROUP, INC., ET AL | * | CIVIL ACTION NO.  3:12-cv-257 |
| | * | |
| VERSUS | * | JUDGE JAMES J. BRADY |
| | * | |
| ZURICH AMERICAN INSURANCE | * | MAGISTRATE RICHARD L. |
| COMPANY, ET AL | * | BOURGEOIS, JR. |

*****************************************************

## INTERROGATORIES

TO:   The Shaw Group, Inc. and Shaw Process Fabricators, Inc.

Through their counsel of record:

Mr. James D. O'Connor
MASLON, EDELMAN, BORMAN &
BRAND, L.L.P.
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402

Mr. Todd C. Hayes
Harper Hayes, P.L.L.C.
One Union Square
600 University, Suite 2420
Seattle, Washington  98101

Mr. William L. Schuette, Jr.
Jones Walker, L.L.P. – B.R.
8555 United Plaza Boulevard, Suite 500
Baton Rouge, Louisiana  70809

Defendant, Zurich American Insurance Company ("Zurich"), hereby requests that plaintiff answer, separately, in writing and under oath, each of the following Interrogatories, or, if any objection is made, that the reason for such objection be given and that said answers be sworn to and signed by the person(s) making them, and further that any objection be signed by the attorney making them (if applicable) and be served upon defendant within thirty (30) days from the date of mailing and service of these Interrogatories, all pursuant to Rule 33 of the *Federal Rules of Civil Procedure* and other applicable laws.

EXHIBIT G

## DEFINITIONS

In the following Interrogatories:

a.  The terms "Shaw", "you" or "your" mean and include The Shaw Group, Inc. and/or Shaw Process Fabricators, Inc., and, as the context indicates, your attorneys, agents, servants, subsidiaries, successors, employees, accountants, investigators, representatives or other persons acting on your behalf.

b.  The term "REC" means REC Solar Grade Silicon, L.L.C., and, as the context indicates, its attorneys, agents, servants, subsidiaries, successors, employees, accountants, investigators, representatives or other persons acting on its behalf.

c.  The term "REC suit" means the lawsuit filed in the U.S. District Court for the Eastern District of Washington on behalf of REC Solar Grade Silicon, L.L.C., and entitled *"REC Solar Grade Silicon, L.L.C. v. The Shaw Group, Inc. and Shaw Process Fabricators, Inc."*, and assigned docket number CV-09-188-RMP. It also includes any Reconventional Demands, Cross-Claims, Third Party Claims/Impleader, or any other related demand filed in the suit.

d.  The term "identify" means:

(1) in the case of a natural person, to state the full name, last known residence address and telephone number, last known business address and telephone number, the last known occupation and business position or title held;

(2) in the case of any other person, to state the name, the address, the place of incorporation or organization, and the principal place of business; and

(3) in the case of a document, whether or not privilege is claimed, to state (i) the kind of document (e.g., letter, memorandum, telegram, etc.); (ii) the number of pages

comprising the document; (iii) the present identity and location of the document; (iv) the date it bears, if any; (v) the date the document was prepared; (vi) whether the document was sent and, if so, the date it was sent; and (vii) the identity of the author, originator, sender, each person who received the document (whether or not named as an addressee), and each person known to have read the document.

e. The terms "pertaining" or "regarding" shall mean commenting on, including, concerning, containing, discussing, reflecting, relating to, relevant to, used in connection with, embodying or evidencing, in whole or in part, and should be construed in the broadest sense of the word.

f. In case of doubt as to the scope of a clause including "and," "or," "all," "any," "each," or "every," the intended meaning is inclusive rather than exclusive.

g. If you find the meaning of any term(s) in these Interrogatories to be unclear, then you should assume a reasonable meaning.

h. The singular includes the plural and vice versa; masculine, feminine and neuter are to be interchangeable as the context requires.

Defendant specifically requests ongoing supplementation of your answers in accordance with Rule 26(e)(2) of the *Federal Rules of Civil Procedure*.

**INTERROGATORY NO. 1:**

Please identify all individuals providing information in responding to these interrogatories and requests for production of documents, including name, employer and business address.

**INTERROGATORY NO. 2:**

Please identify any and all persons retained by you to evaluate the quality of the

pipe spools which were the basis of the REC suit before or after their delivery to REC.

**INTERROGATORY NO. 3:**

Please identify any and all persons retained by you to evaluate the amount of damages and/or the validity of the damage claim made in the by REC suit.

**INTERROGATORY NO. 4:**

Please identify each and every act or omission you claim Zurich committed or omitted which prejudiced you or caused you damage and the basis for any and all claims for damages and/or penalties identified in your Complaint (including all amendments thereto).

**INTERROGATORY NO. 5:**

Please state the total amount of damages you allegedly suffered and the total amount of penalties to which you claim entitlement as a result of Zurich's alleged bad faith/ improper handling of your claim arising out of the REC suit. For each category (damages and penalties), breakdown the total value according to each alleged act or omission by Zurich which you claim caused you damage and each alleged act or omission that triggered penalties under Washington or Louisiana law and the amount of said penalties.

**INTERROGATORY NO. 6:**

Please identify each person known, or reasonably felt by you to have knowledge of, the facts and circumstances of Zurich's handling of your claim arising out of the REC suit.

**INTERROGATORY NO. 7:**

Please identify each person known or reasonably thought by you to be used as a

witness at the trial of this matter, whether expert or non-expert.

**INTERROGATORY NO. 8:**

In connection with the persons listed in the preceding two Interrogatories, please state the substance or expected substance of the knowledge of each witness with particularity, along with any other relevant factual assertions they may make if they are called to testify at trial.

**INTERROGATORY NO. 9:**

Please identify every person who has impeachment or rebuttal evidence and describe the evidence each person has. If you have enough information to anticipate the use of impeachment or rebuttal evidence or witnesses, you must provide that information.

**INTERROGATORY NO. 10:**

Do you have either a copy or knowledge of any statement, oral or written, made by you, your agent or employee, or any witness? If so, please state all of the following:

(a) The identity of the person who gave or made the statement;

(b) The substance of the statement;

(c) The date on which the statement was taken;

(d) The identity of the person who took the statement;

(e) Whether the statement was reduced to writing; and

(f) The present location of the statement and the identity of the person now in possession of the statement.

**INTERROGATORY NO. 11:**

Please identify all documents in any way pertaining to or regarding your claim of improper claim handling by Zurich and identify all persons, companies and organizations

with knowledge of and/or records pertaining to same.

### INTERROGATORY NO. 12:

Have you made any claims, demands, or filed any other lawsuits, against any insurer for alleged bad faith and/or improper claims handling within the past ten years, other than this litigation? If so, please state the following:

    (a)    the insurance company involved;

    (b)    the basis of the claim;

    (d)    the court, title and docket number of any lawsuit filed; and

    (e)    the current status of the suit.

### INTERROGATORY NO. 14:

Please identify all documents to which you referred or relied upon in answering these Interrogatories, and/or the Requests for Production served on you herewith.

### INTERROGATORY NO. 15:

Please state the basis for your retention of three different law firms to work on Shaw's defense in the REC suit, and for each identify:

1. the name of the person at Zurich from whom you sought authority to do so;
2. when you requested such authority;
3. when you retained each law firm; and
4. the work each firm performed to defend you in the REC suit.

### INTERROGATORY NO. 16:

Please identify any and all documents or things which you intend to introduce into the record or use in any way at trial of this matter.

                                                            RESPECTFULLY SUBMITTED,

GAUDRY, RANSON, HIGGINS
& GREMILLION, L.L.C.

_____
THOMAS W. DARLING, T.A. (#23020)
2223 Quail Run, Suite C-2
Baton Rouge, LA 70808
Telephone: (225) 663-6101
Facsimile: (225) 663-6102
tdarling@grhg.net
*Attorneys for Zurich American Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2013, a copy of the foregoing was transmitted to all counsel of record via facsimile, electronic mail, or by U.S. Mail, properly addressed, and First-Class postage prepaid.

_____
Thomas W. Darling

G:\0262\2118\DISCOVERY\Written Discovery to Shaw\Interrogatories to Shaw.docx