### Jason Lien - Re: Shaw v. Zurich

| | |
|---|---|
| **From:** | Jason Lien |
| **To:** | Thom Darling |
| **Date:** | 12/11/2013 10:22 AM |
| **Subject:** | Re: Shaw v. Zurich |
| **CC:** | David Suchar; Todd Hayes; jamesoconnor.MASLON_PO.MASLON_DOM@maslon.com |
| **Attachments:** | vcard.vcf |

Thom - Plaintiffs object to Zurich's interrogatories and document requests as untimely under the Court's scheduling order and federal rules. Please confirm that Zurich will be withdrawing those by the end of today or we will move the Court for a protective order. Thank you,

MASLON

JASON A. LIEN | PARTNER
p 612.672.8319 | f 612.642.8319 | email | vcard | biography | linkedin
**MASLON EDELMAN BORMAN & BRAND, LLP**
3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402
p 612.672.8200 | www.maslon.com | map/directions

>>> Thom Darling <TDarling@grhg.net> 12/6/2013 4:55 PM >>>

Thomas W. Darling, Esq.
Gaudry, Ranson, Higgins & Gremillion
2223 Quail Run Drive, Suite C-2
Baton Rouge, LA 70808
Telephone: (225) 663-6101
FAX: (225) 663-6102

CONFIDENTIALITY NOTICE: This electronic message (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client and/or attorney-work product and/or other legal privileges. This information is intended only for the use of the intended addressee. If you are not the intended addressee, your receipt of this message and/or any accompanying documents was inadvertent or accidental. You are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify the sender by reply e-mail and delete this message. Thank you.

EXHIBIT I