## Jason Lien - Re: returned your call

| | |
|---|---|
| **From:** | Jason Lien |
| **To:** | Thom Darling |
| **Date:** | 12/5/2013 4:39 PM |
| **Subject:** | Re: returned your call |
| **CC:** | David Suchar; O'Connor, James; Todd Hayes |
| **Attachments:** | vcard.vcf |

Thom - Just writing to follow up on our call today. We agreed you'll be confirming Plaintiffs' noticed depositions of Zurich and/or providing alternative dates by Tuesday, December 10th at 10 AM. We also agreed you would provide a written response to the other discovery issues in my letter by end of the day on Monday, December 9th. We're then scheduled to have a meet a confer call on Tuesday, December 10th at 10 AM central as one final attempt to resolve any issues that remain as to Plaintiffs' deposition notices and Zurich's document / ESI production. Thanks,

MASLON

JASON A. LIEN | PARTNER
p 612.672.8319 | f 612.642.8319 | email | vcard | biography | linkedin
**MASLON EDELMAN BORMAN & BRAND, LLP**
3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402
p 612.672.8200 | www.maslon.com | map/directions

>>> Thom Darling <TDarling@grhg.net> 12/5/2013 4:03 PM >>>
You can reach me at 225-663-6103 or 504-220-5088

Thomas W. Darling, Esq.
Gaudry, Ranson, Higgins & Gremillion
2223 Quail Run Drive, Suite C-2
Baton Rouge, LA 70808
Telephone: (225) 663-6101
FAX: (225) 663-6102

CONFIDENTIALITY NOTICE: This electronic message (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client and/or attorney-work product and/or other legal privileges. This information is intended only for the use of the intended addressee. If you are not the intended addressee, your receipt of this message and/or any accompanying documents was inadvertent or accidental. You are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify the sender by reply e-mail and delete this message. Thank you.

EXHIBIT J