UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**THE SHAW GROUP, INC., et al.**                                    **CIVIL ACTION**

**VERSUS**                                                                         **NO. 12-257-JJB-RLB**

**ZURICH AMERICAN INSURANCE
COMPANY, et al.**

---

## ORDER

The court has been made aware of certain clerical errors in its May 5, 2014 Ruling and Order on Zurich's Motion to Compel Responses to Interrogatories (R. Doc. 259) and Zurich's Motion for Leave to Serve Excess Requests for Admission and Excess Interrogatory (R. Doc. 280). (R. Doc. 285).

The court's Ruling and Order wrongly states that the plaintiffs The Shaw Group, Inc. and Shaw Process Fabricators, Inc. (collectively, "Shaw") have not established good cause to warrant additional discovery and would not be allowed to serve additional requests for admissions or interrogatories. (R. Doc. 285 at 15). These statements were meant to refer to the movant, defendant Zurich American Insurance Company ("Zurich").

Furthermore, the Ruling and Order provided that Shaw must provide Zurich with supplemental responses to Supplemental Interrogatories Nos. 2, 3, 4, and 7 no later than May 4, 2014 (R. Doc. 285 at 16). The correct deadline is June 4, 2014.

Accordingly,

**IT IS ORDERED** that the court's May 5, 2014 **RULING AND ORDER** (R. Doc. 285) is **VACATED** in its entirety. The court will issue a separate Ruling and Order containing the

changes described above.  The remainder of the language found in the May 5, 2014 Ruling and Order will remain unchanged.

    Signed in Baton Rouge, Louisiana, on May 6, 2014.

                                           **RICHARD L. BOURGEOIS, JR.**
                                           **UNITED STATES MAGISTRATE JUDGE**