UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE SHAW GROUP, INC., ET AL | * | CIVIL ACTION NO. 3:12-cv-257 |
| VERSUS | * | JUDGE JAMES J. BRADY |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL | * | MAGISTRATE RICHARD L. BOURGEOIS, JR. |

************************************************

**MEMORANDUM IN SUPPORT OF
MOTION TO COMPEL PRODUCTION OF
ELECTRONICALLY STORED INFORMATION**

**MAY IT PLEASE THE COURT:**

Defendant, Zurich American Insurance Company ("Zurich"), moves the Court for an Order compelling plaintiffs, The Shaw Group, Inc. and Shaw Process Fabricators, Inc. (collectively "Shaw") to produce electronically stored information ("ESI") in response to Zurich's Requests for Production of Documents, and to supplement same.

This Motion is necessary, because despite:

1) the Court's previous order regarding production of ESI (Rec. Doc. 164, attached as Exhibit "A");

2) Zurich's submission of search terms to Shaw (see letter, attached as Exhibit "B");

3) Zurich's submission of Requests for Production of Documents to Shaw (see Requests for Production, attached as Exhibit "C");

Shaw has failed to respond to Zurich's ESI requests. The parties have been unable to come to an agreement on this issue.

**BRIEF FACTS**

The Court is well acquainted with the facts of this case. Zurich will not rehash the details, because the issue currently before the Court is Shaw's failure to respond to Zurich's ESI requests.

On January 24, 2014, Zurich submitted ESI search terms to Shaw for use in responding to Zurich's Requests for Production of Documents. See correspondence to counsel for plaintiffs identifying Zurich's search terms for ESI production, attached as Exhibit "B". Zurich believes its search terms are reasonable in light of the issues in this case and Shaw disagrees. Subsequently, the parties conferred through counsel, via telephone, but have been unable to resolve the dispute.

**LAW AND ARGUMENT**

Zurich has requested that Shaw electronically search for terms related to parties and witnesses in this matter. It has also requested a search of terms related to Shaw claims in a more general fashion. This case involves the relationship which was established in 2005 between Shaw, Zurich and Shaw's chosen Third Party Administrator, FARA. The expectations and obligations of the parties regarding their roles under the various agreements is a major issue. This is relevant information and discoverable.

Rule 37 of the *Federal Rules of Civil Procedure* permits the filing of a Motion to Compel Responses to discovery requests, if a party fails to answer or otherwise adequately respond. Additionally, under Rule 37(d), the Court has discretion to issues such orders it may deem necessary (including sanctions) upon a party that fails to, among other things, produced documents, up to and including awarding attorneys' fees and costs incurred as a result of the offending party's failure to cooperate in the discovery process.

The court should order Shaw to comply with the search request.

RESPECTFULLY SUBMITTED,

GAUDRY, RANSON, HIGGINS & GREMILLION, L.L.C.

/s/   Wade A. Langlois, III
_____
MICHAEL D. PEYTAVIN (#14315)
WADE A. LANGLOIS, III (#17681)
JOHN J. DANNA, JR. (#28894)
Oakwood Corporate Center
401 Whitney Ave., Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466
Facsimile: (504) 362-5938
mpeytavin@grhg.net
wlanglois@grhg.net
jdanna@grhg.net
Attorneys for Zurich American Insurance Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2014, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/   Wade A. Langlois, III
_____
WADE A. LANGLOIS, III