UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE SHAW GROUP INC., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 12-CV-257-JJB-RLB** |
| **ZURICH AMERICAN INSURANCE COMPANY, ET AL.** | **JUDGE JAMES J. BRADY** |
| | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |

### DECLARATION OF LOGAN HOLLOBAUGH

I, Logan Hollobaugh, declare as follows:

1. I am over the age of 18 and am competent to testify to the facts stated in this declaration. I have personal knowledge of all facts stated in this declaration unless indicated otherwise.

2. I am Counsel, Claims Management & Corporate Litigation at Chicago Bridge & Iron Co., which acquired The Shaw Group, In. and its subsidiary Shaw Process Fabricators, Inc. in 2013 ("Shaw"). I work in the former Shaw headquarters in Baton Rouge, Louisiana, where the e-mail archives are stored and maintained for former employees of Shaw. Part of my job responsibilities involve assisting Shaw's outside counsel perform searches of electronically stored information ("ESI") in e-mail archives of former Shaw employees and officers in response to requests made by parties in litigation or pursuant to a subpoena or other legal process.

3. Counsel for Shaw in the above-referenced matter instructed me to perform an ESI search of the e-mail archives five former Shaw employees and officers as set forth in a letter drafted by Zurich American Insurance Company ("Zurich") attorney Wade Langlois dated January 24, 2014. Zurich's January 24, 2014 ESI search terms generated 103,202 e-mails from the e-mail archives of the five custodians selected by Zurich. The 103,202 figure does not include the number of files attached to the e-mails. The only way to accurately determine the number of additional attachments generated from this search would be to review each of the 103,202 e-mails.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 24th day of July, 2014, in Baton Rouge, Louisiana.

_____
Logan Hollobaugh

1053763

2