# Jason Lien

**From:** Winslow-Nason, Brendan <BWinslow-Nason@cozen.com>
**Sent:** Monday, October 14, 2013 10:57 AM
**To:** Jason Lien; ToddHayes#032#(todd@harperhayes.com)
**Subject:** Shaw - NAS's proposed e-discovery list

Sorry this took so long. Here is our proposed e-discovery list to Shaw. I will send you our proposed responses to Shaw's e-discovery list soon.

Proposed Custodians

A. Steve Allison
Vice President, Corporate Risk
Shaw Group

Steve Adams
Risk Manager
Shaw Group

Daniel Terrell
General Counsel
Shaw Group

Sue Barron
Risk Analyst
Shaw Group

Jason Cagle
Defense Counsel

Anthony Jach
Defense Counsel

Joseph Kent
Willis Client Advocate
Willis Construction Team

Monte Badasarian
Willis Marketing Executive

Lynna Kappeler
AmWINS

Bart Allen
AmWINS

Proposed Search Terms

Search terms for all custodians:

6180
DVX0000138 00
DVX0000204 01

1

EXHIBIT 1 TO LIEN DEC.

DVX0000246 02
DVX0000139 00
DVX0000205 01
DVX0000247 02
G2205367A001
G22053681001
G2205367A002
G22053681002
G2205367A003
G22053681003
GLO 3866607-01
GLO 3866607-02
GLO 3866607-03

Additional search terms for Shaw's in-house counsel (Daniel Terrell) and outside counsel (Jason Cagle and Anthony Jach):

Damage
Damages
Settle
Settlement
Exposure
Analysis
Expert
Kenji Hoshimo
Dennis Allen
Walter Sperko
Frank Sattler
Donald Lewis
Ken Bordner
Wayne Blackmon
Dave Courson
Barney Cox
Steve Godfrey
Tor Hartman
Richard Hogsett
Kirt Johnson
Ray Powell
James Simiskey
Karen Warren
Greg Wiltsey
Russ Hamilton
Kent Stephens
Jerry Tippett
Dan Fraser
Lou DeArman
Vincent Driggers
Chris Jenson
Wayland May
Mike Peirsol
Russ Poquette
Bill Nerpel
North West Inspection
Michael Riley
Evan Haskell
Harder Mechanical Contractors
S&S Coating
Inland Mechanical, Inc.
Summit Contracting

Additional search terms for Shaw risk managers (A. Steve Allison, Steve Adams, and Sue Barron) and brokers (Joseph Kent, Monte Badasarian, Lynna Kappeler, Bart Allen):

Occurrence
Property Damage
Your Product
Your Work
Impaired Property
Sister ship
Spool

Proposed time range

Search time range for Shaw risk managers (A. Steve Allison, Steve Adams, and Sue Barron) and brokers (Joseph Kent, Monte Badasarian, Lynna Kappeler, Bart Allen)– From September 1, 2005 to October 24, 2011.

Search range for Shaw in-house counsel (Daniel Terrell) and outside counsel (Jason Cagle and Anthony Jach) – From March 23, 2010 (date of tender) to July 30, 2011 (service of suit).

**Brendan Winslow-Nason** | Bio | **Cozen O'Connor**
1201 Third Avenue, Suite 5200 | Seattle WA  98101
P: 206.373.7252 | F: 206.456.4341
bwinslow-nason@cozen.com | www.cozen.com

**Notice:** *To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.*

**Notice:** *This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*