**Jason Lien**

| | |
|---|---|
| **From:** | Winslow-Nason, Brendan <BWinslow-Nason@cozen.com> |
| **Sent:** | Tuesday, November 26, 2013 2:48 PM |
| **To:** | Jason Lien |
| **Cc:** | David Suchar; James O'Connor; Thomas M. Jones; William F. Knowles; Todd Hayes |
| **Subject:** | RE: Shaw/Zurich - Correspondence - Discovery Responses |

Thank you. NAS agrees to the modified e-discovery search as we agreed to during our 11/14 meet and confer, and as outlined below in your e-mail. Can you please provide an estimate as to when you will be able to produce the e-discovery documents?

Also, we look forward to receiving your responses to our IT's questions.

Thanks again.

**Brendan Winslow-Nason** | Bio | **Cozen O'Connor**
1201 Third Avenue, Suite 5200 | Seattle WA 98101
P: 206.373.7252 | F: 206.456.4341
bwinslow-nason@cozen.com | www.cozen.com


**From:** Jason Lien [mailto:Jason.Lien@maslon.com]
**Sent:** Tuesday, November 26, 2013 12:43 PM
**To:** Winslow-Nason, Brendan
**Cc:** David Suchar; O'Connor, James; Todd Hayes
**Subject:** RE: Shaw/Zurich - Correspondence - Discovery Responses


Brendan - I am working to get you some answers to these questions from my IT group. I hope to have answers for you early next week.

In the meantime, we did perform the following modified e-discovery search as you and I discussed, and Shaw Group and SPF will agree to produce responsive, non-privileged emails under the below search parameters.


SEARCH TERMS FOR STEVE ALLISON, STEVE ADAMS AND SUE BARRON:

"6180" OR "DVX0000138 00" OR "DVX0000204 01" OR "DVX0000246 02" OR "DVX0000139 00" OR "DVX0000205 01" OR "DVX0000247 02" OR "G2205367A001" OR "G22053681001" OR "G2205367A002" OR "G22053681002" OR "G2205367A003" OR "G22053681003" OR "GLO 3866607-01" OR "GLO 3866607-02" OR "GLO 3866607-03" OR (westchester OR "north american" OR "nas") AND (occurrence OR "property damage" OR "your product" OR "your work" OR "impaired property" OR "sister ship" OR spool)

Date Range searched: September 1, 2005 through October 24, 2011

SEARCH TERMS FOR DANIEL TERRELL:

"6180" OR "DVX0000138 00" OR "DVX0000204 01" OR "DVX0000246 02" OR "DVX0000139 00" OR "DVX0000205 01" OR "DVX0000247 02" OR "G2205367A001" OR "G22053681001" OR "G2205367A002" OR "G22053681002" OR "G2205367A003" OR "G22053681003" OR "GLO 3866607-01" OR "GLO 3866607-02" OR "GLO 3866607-03" OR "rec" OR "kenji hoshimo" OR "dennis allen" OR "**@fara.com" OR "**@recgroup.com" OR "**@willis.com"

Date Range searched: March 23, 2010 through July 30, 2011

---

MASLON

**JASON A. LIEN | PARTNER**
p 612.672.8319 | f 612.642.8319 | email | vcard | biography | linkedin
**MASLON EDELMAN BORMAN & BRAND, LLP**
3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402
p 612.672.8200 | www.maslon.com | map/directions

>>> "Winslow-Nason, Brendan" <BWinslow-Nason@cozen.com> 11/14/2013 11:20 AM >>>

Our discovery group has some questions regarding item 3. Can you please provide responses to the following questions so we can determine whether we want the whole document set:

1. What format is this 1TB of production? Native, Processed images with bates numbers?
2. If Processed are there Database load files? Also, are there natives included for spreadsheet files like excel docs, even if everything is bates numbered? Do load files contain links to the images and native documents?
3. Is there searchable text included with these Productions?
4. Is there metadata being included in the load files?
5. Is there organization to the data? For example the productions are structured in folders according to the producing parties, or otherwise broken down to identify custodians or some other form to indicate where the data came from.

Thanks.

**Brendan Winslow-Nason | Bio | Cozen O'Connor**
1201 Third Avenue, Suite 5200 | Seattle WA 98101
P: 206.373.7252 | F: 206.456.4341
bwinslow-nason@cozen.com | www.cozen.com


**From:** Jason Lien [mailto:Jason.Lien@maslon.com]
**Sent:** Wednesday, November 13, 2013 1:26 PM
**To:** Winslow-Nason, Brendan
**Cc:** David Suchar; Dwayne Bazdell; James O'Connor; TDarling@grhg.net; Jones, Thomas M.; Todd Hayes;

2

jhite@shmnola.com; wschuette@joneswalker.com
**Subject:** RE: Shaw/Zurich - Correspondence - Discovery Responses


Brendan - This production will have 3 components: 1) various hard copy files that we can make available in PDF via our FTP site, 2) ESI based on our agreed upon the e-discovery protocol, and 3) 1 terabyte of ESI that contains in excess of 20 different document productions from various parties in the underlying action.

We can make the first category available to you on Friday.

We are still waiting to hear back from you on our recommended narrowing of the e-discovery search before we produce category 2.

As to the 3rd category, it is a huge amount of information and I would suggest we provide you with a general index of the different productions within it so you can decide what you really want. For the information you want from the underlying action, we will need to further discuss how the information will be produced and any cost related to transferring files from the format we presently have it in. Please also note that we are required to provide REC with advance notice of any confidential files being produced from this 3rd category under the Shaw / REC settlement agreement should REC wish to obtain a protective order. Based on my knowledge, REC will likely not seek any relief because the files will be produced subject to our protective order issued in this case.

Thanks, and please let me know how you would like to proceed.

---

# MASLON

**JASON A. LIEN | PARTNER**
p 612.672.8319 | f 612.642.8319 | email | vcard | biography | linkedin
**MASLON EDELMAN BORMAN & BRAND, LLP**
3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402
p 612.672.8200 | www.maslon.com | map/directions

>>> "Winslow-Nason, Brendan" <BWinslow-Nason@cozen.com> 11/13/2013 11:58 AM >>>

Thank you. Will Shaw be producing the docs on a CD as it did with the first set of discovery? If so, when will we receive it? Thanks.

**Brendan Winslow-Nason** | Bio | **Cozen O'Connor**
1201 Third Avenue, Suite 5200 | Seattle WA 98101
P: 206.373.7252 | F: 206.456.4341
bwinslow-nason@cozen.com | www.cozen.com


**From:** Anne Heilman [mailto:Anne.Heilman@maslon.com]
**Sent:** Wednesday, November 13, 2013 9:34 AM
**To:** Winslow-Nason, Brendan; TDarling@grhg.net; jhite@shmnola.com; Jones, Thomas M.
**Cc:** David Suchar; James O'Connor; Jason Lien; Todd Hayes; wschuette@joneswalker.com
**Subject:** Shaw/Zurich - Correspondence - Discovery Responses


Please see the attached from Jason A. Lien ~ Thank you.



**ANNE HEILMAN | LEGAL SECRETARY**
p 612.672.3410 | f 612.642.4810 | email

**MASLON EDELMAN BORMAN & BRAND, LLP**
3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402
p 612.672.8200 | www.maslon.com | map/directions

**CONFIDENTIALITY NOTICE:** This e-mail transmission and any attachments accompanying it contain confidential information belonging to the sender that may be protected by the attorney-client or work product privileges. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please notify the sender by reply e-mail, and then destroy all copies of this transmission.

***Notice:*** *To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.*

***Notice:*** *This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

**CONFIDENTIALITY NOTICE:** This e-mail transmission and any attachments accompanying it contain confidential information belonging to the sender that may be protected by the attorney-client or work product privileges. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please notify the sender by reply e-mail, and then destroy all copies of this transmission.

**CONFIDENTIALITY NOTICE:** This e-mail transmission and any attachments accompanying it contain confidential information belonging to the sender that may be protected by the attorney-client or work product privileges. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please notify the sender by reply e-mail, and then destroy all copies of this transmission.