# GAUDRY, RANSON, HIGGINS & GREMILLION, L.L.C.

ATTORNEYS AT LAW
OAKWOOD CORPORATE CENTER
401 WHITNEY AVE., SUITE 500
GRETNA, LOUISIANA 70056

THOMAS L. GAUDRY, JR.
DANIEL A. RANSON
DARYL A. HIGGINS
GREGORY G. GREMILLION
WADE A. LANGLOIS, III
MICHAEL D. PEYTAVIN
STEVEN D. OLIVER
THOMAS W. DARLING

*Of Counsel*
E. RALPH LUPIN, M.D., J.D.
STACIE PETERSEN NEHLIG

MAILING ADDRESS
P.O. BOX 1910
GRETNA, LOUISIANA 70054-1910
(504) 362-2466
FACSIMILE (504) 362-5938
WEBSITE: www.grhg.net

WRITER'S DIRECT DIAL:
(504) 376-1360

WILLIAM H. VOIGT
A. MARK FLAKE
JAIRO F. SANCHEZ
RYAN C. HIGGINS
ELIZABETH A. LIUZZA
JOHN J. DANNA, JR.

BATON ROUGE OFFICE:
2223 QUAIL RUN DR., C-2
BATON ROUGE, LA 70808
(225) 663-6101
(225) 663-6102 FACSIMILE
Sender's e-mail:
wlanglois@grhg.net

January 24, 2014

VIA EMAIL Jason.Lien@maslon.com
Jason Lien
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140

VIA EMAIL todd@harperhayes.com
Todd C. Hayes
Harper Hayes PLLC
One Union Square
600 University, Suite 2420
Seattle, WA 98101

  RE: The Shaw Group, Inc., et al v. Zurich American Insurance Company, et al
     USDC Middle District of Louisiana Docket No. 3:12-CV-257
     Our File No. 262-2118

Dear Jason and Todd:

  Attached is the proposed e-discovery search for your clients The Shaw Group and Shaw Process Fabricators submitted pursuant to the Orders previously issued by the Court in this matter.

EX. 5 TO LIEN DEC.

January 24, 2014
Page 2

                                      Yours very truly,
                                      */s/ Wade A. Langlois /dpl*
                                      Wade A. Langlois, III

WALIII/dpl
Enclosure
cc: Brendan Winslow-Nason (Via email: Bwinslow-Nason@cozen.com)

G:\0262\2118\CORRESPONDENCE\Lien and Hayes 0001.wpd

**ELECTRONIC SEARCH TERMS**

Date Range: 9/1/08 - 12/31/12

**Shaw custodians:**
Stephen Adams
Steve Adams
Daniel Terrell
Steve Allison
Robert P. Brown

**Search terms:**
Zurich
Endurance Services Limited
NAS
North American Specialty
Ace Westchester
FARA
Willis North America
Settlement
Settle
Mediation
Mediator
Blenda Eyvazzadeh
beyvazzadeh@enduranceservices.com
Ronald Struhs
Ronald.struhs@acegroup.com
Tom Weinberger
Tom.weinberger@acegroup.com
Kimberly Cunningham
Kimberly.cunningham@fara.com
Amy Ragusa
Amy.ragusa@fara.com
Anita Shales
Anita.shales@fara.com
Patrick McGinley
Patrick.mcginely@willis.com
Tammy Bush
Tammy.bush@willis.com
Monte Badasarian
Monte.badasarian@willis.com
Mark Maxwell
John Heisse
John.heisse@pillsburylaw.com

Brian Homza
brian.homza@cookyancey.com
Leo Bigley
Leo.bigley@zurichna.com
John Mahoney
John.w.mahoney@zurichna.com
Joe Kostkowski
Joe.kostkowski@zurichna.com
Debbie Purkey
Debbie.purkey@zurichna.com
Rose Madruga
Rose.madruga@zurichna.com
Westchester
Griffith Nixon
Scott Griffith
sgriffith@gndlaw.com
Tony Jach
tjach@gndlaw.com
Jason Cagle
jcagle@gndlaw.com
Baker Donelson
Danny Shaw
dshaw@bakerdonelson.com
Roy Cheatwood
rcheatwood@bakerdonelson.com
Regina Hamilton
Regina.Hamilton@shawgrp.com
Kimberly LaHaye
Kimberly.LaHaye@shawgrp.com
Kimberly Roy
Kimberly.Roy@shawgrp.com
John Donofrio
John.Donofrio@shawgrp.com
Dave Chapman
Dave.Chapman@shawgrp.com
Remi Bonnecaze
Remi.Bonnecaze@shawgrp.com
Chuck Bradford
Chuck.Bradford@shawgrp.com
Mike Kershaw
Mike.Kershaw@shawgrp.com
TPD
Claims
Unbundled
ROR

Reservation of Rights
defense
REC claim
deductible
Oles
attorney fees
Jerry Marks
jmarks@milbank.com
James Whooley
jwhooley@milbank.com
Leslie Weatherhead
lwlibertas@aol.com
TPA