# Jason Lien

| | |
|---|---|
| **From:** | Wade Langlois <WLanglois@grhg.net> |
| **Sent:** | Tuesday, February 11, 2014 5:04 PM |
| **To:** | Jason Lien |
| **Cc:** | Todd Hayes |
| **Subject:** | RE: ESI request |

Jason,

The best time for me would be between 10 and 12.

**From:** Jason Lien [mailto:Jason.Lien@maslon.com]
**Sent:** Tuesday, February 11, 2014 4:52 PM
**To:** Wade Langlois
**Cc:** Todd Hayes
**Subject:** ESI request

Wade - I am writing to follow up on an early email I sent you regarding our objections to Zurich's ESI request. I would propose we speak on Thursday to see if we can resolve our objections and agree on a search for my client to perform for Zurich's request. As I previously mentioned, the custodians you have noted overlap (except for one) with the search we already ran for NAS. There are also some other issues we've identified with your search terms. Please let me know when you are available for a call on Thursday, thanks.



**JASON A. LIEN | PARTNER**
p 612.672.8319 | f 612.642.8319 | email | vcard | biography | linkedin
**MASLON EDELMAN BORMAN & BRAND, LLP**
3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402
p 612.672.8200 | www.maslon.com | map/directions

**CONFIDENTIALITY NOTICE:** This e-mail transmission and any attachments accompanying it contain confidential information belonging to the sender that may be protected by the attorney-client or work product privileges. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please notify the sender by reply e-mail, and then destroy all copies of this transmission.

EX. 6 TO LIEN DEC.