# Jason Lien

|              |                                        |
|--------------|----------------------------------------|
| **From:**    | Jason Lien                             |
| **Sent:**    | Thursday, February 13, 2014 11:30 AM   |
| **To:**      | Wade Langlois                          |
| **Cc:**      | David Suchar; CharlesDavis; Todd Hayes |
| **Subject:** | Shaw v. Zurich, et al                  |
| **Attachments:** | vcard.vcf                          |

Wade - This will confirm our telephone conversation today where we agreed to handle certain outstanding discovery issues in this matter. Please let me know if I did not accurately set forth anything below that we discussed today.

1) You indicated that Zurich will be making motions to compel production of the document subpoenas served on the Griffith and Oles firms in their respective districts. We agreed the subpoenaed law firms will not produce any documents pending resolution of the motions, which you will seek to have transferred to Magistrate Bourgeois for his ruling similar to the other pending discovery motions. I will let the Griffith and Oles firms know of our agreement so they understand how the motions will be handled.

2) I will send you the ESI custodian and search terms Shaw and NAS agreed to use for NAS's request. You will then provide me with a revised proposed list of search terms and date range for Zurich to see if we can reach an agreement on the scope of Zurich's ESI search.

3) We agreed that Shaw's responses to Zurich's written discovery requests are due on Tuesday, February 18th by operation of FRCP 6(a)(1)(C) because February 15th falls on a Saturday and Monday is a legal holiday.

4) You will ask Mr. Mahoney for new potential dates for his re-scheduled deposition, and let us know when you hear from FARA to confirm the deposition you noticed on February 28th. I advised that we would likely be serving our own deposition notice on FARA with any additional topics that are not set forth in your notice.

Thank you,



**JASON A. LIEN | PARTNER**
p 612.672.8319 | f 612.642.8319 | email | vcard | biography | linkedin
**MASLON EDELMAN BORMAN & BRAND, LLP**
3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402
p 612.672.8200 | www.maslon.com | map/directions

1

EX. 7 TO LIEN DEC.