**Jason Lien**
___

| | |
|---|---|
| **From:** | Jason Lien |
| **Sent:** | Thursday, February 13, 2014 11:42 AM |
| **To:** | Wade Langlois |
| **Cc:** | Dwayne Bazdell; David Suchar; CharlesDavis; Todd Hayes |
| **Subject:** | Shaw v. Zurich, et al / ESI search |
| **Attachments:** | vcard.vcf |

Wade - Below are the custodians and search terms Shaw and NAS agreed upon. Please review this list with your January 24th letter and send me a revised search for consideration. Once we agree on a revised list, we will run the results against the raw NAS search results to pull out duplicates so we can avoid the cost and time of having to review those. Thank you.

SEARCH TERMS FOR STEVE ALLISON, STEVE ADAMS AND SUE BARRON:

"6180" OR "DVX0000138 00" OR "DVX0000204 01" OR "DVX0000246 02" OR "DVX0000139 00" OR "DVX0000205 01" OR "DVX0000247 02" OR "G2205367A001" OR "G22053681001" OR "G2205367A002" OR "G22053681002" OR "G2205367A003" OR "G22053681003" OR "GLO 3866607-01" OR "GLO 3866607-02" OR "GLO 3866607-03" OR (westchester OR "north american" OR "nas") AND (occurrence OR "property damage" OR "your product" OR "your work" OR "impaired property" OR "sister ship" OR spool)

Date Range searched: September 1, 2005 through October 24, 2011

SEARCH TERMS FOR DANIEL TERRELL:

"6180" OR "DVX0000138 00" OR "DVX0000204 01" OR "DVX0000246 02" OR "DVX0000139 00" OR "DVX0000205 01" OR "DVX0000247 02" OR "G2205367A001" OR "G22053681001" OR "G2205367A002" OR "G22053681002" OR "G2205367A003" OR "G22053681003" OR "GLO 3866607-01" OR "GLO 3866607-02" OR "GLO 3866607-03" OR "rec" OR "kenji hoshimo" OR "dennis allen" OR "**@fara.com" OR "**@recgroup.com" OR "**@willis.com"

Date Range searched: March 23, 2010 through July 30, 2011

MASLON

**JASON A. LIEN | PARTNER**
p 612.672.8319 | f 612.642.8319 | email | vcard | biography | linkedin
**MASLON EDELMAN BORMAN & BRAND, LLP**
3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402
p 612.672.8200 | www.maslon.com | map/directions