**Jason Lien**

| | |
|---|---|
| **From:** | Jason Lien |
| **Sent:** | Wednesday, March 12, 2014 2:04 PM |
| **To:** | Wade Langlois |
| **Cc:** | Dwayne Bazdell; Todd Hayes |
| **Subject:** | RE: Discovery Response |
| **Attachments:** | IMAGE.jpeg; vcard.vcf |

I believe our supplemental production was sent to John on Monday. Let me confirm with Dwayne.

Do you have any comment on the ESI proposal?

MASLON  **JASON A. LIEN | PARTNER**
p 612.672.8319 | f 612.642.8319 | email | vcard | biography | linkedin
**MASLON EDELMAN BORMAN & BRAND, LLP**
3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402
p 612.672.8200 | www.maslon.com | map/directions

>>> Wade Langlois <WLanglois@grhg.net> 3/12/2014 2:01 PM >>>

What about the Request for Production?

**From:** Jason Lien [mailto:Jason.Lien@maslon.com]
**Sent:** Wednesday, March 12, 2014 1:40 PM
**To:** Wade Langlois
**Cc:** Todd Hayes
**Subject:** Re: Discovery Response

Hi Wade - No, I believe said I wanted to talk to Todd about supplementing the responses to the request for admissions. Since then I have done so and we agree to provide supplemental responses to the request for admissions by Tuesday, March 18 if that is acceptable to you. Thanks,



**JASON A. LIEN | PARTNER**
p 612.672.8319 | f 612.642.8319 | email | vcard | biography | linkedin
**MASLON EDELMAN BORMAN & BRAND, LLP**
3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402
p 612.672.8200 | www.maslon.com | map/directions

>>> Wade Langlois <WLanglois@grhg.net> 3/12/2014 7:33 AM >>>
Jason,

I understood that you would provide a response on the Request for Admission and Production on Monday. Please give

EX. 11 TO LIEN DEC.

me status of when you will respond.

Sent from my iPad

**CONFIDENTIALITY NOTICE:** This e-mail transmission and any attachments accompanying it contain confidential information belonging to the sender that may be protected by the attorney-client or work product privileges. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please notify the sender by reply e-mail, and then destroy all copies of this transmission.