

p 612.672.8200
f 612.672.8397

www.maslon.com

3300 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402-4140

**Jason A. Lien**
Direct Dial: (612) 672-8319
Direct Fax: (612) 642-8319
jason.lien@maslon.com

*Via Email and U.S. Mail ~*

March 18, 2014

Wade A. Langlois, III
Gaudry, Ranson, Higgins & Gremillion, L.L.C.
Oakwood Corporate Center
401 Whitney Avenue
Suite 500
Gretna, Louisiana 70056

Re: *The Shaw Group Inc., et al. v. Zurich American Insurance Company, et al.*
Court File No. 12-CV-257-JJB-RLB

Dear Wade:

Pursuant to our agreement, enclosed please find Plaintiffs' Amended Responses to Zurich's Requests for Admissions. Also, this letter confirms that Plaintiffs made a supplemental production of additional documents to Zurich and NAS on March 10th and have no additional documents to produce in response to Zurich's request for production of documents beyond those documents previously produced to the parties. The one exception involves emails and attachments that will be produced in response to Zurich's ESI request after the parties reach an agreement on ESI search terms. On that note, please advise if you have any response to the search terms Plaintiffs proposed to you in my March 7th letter. Please also advise on the status of Zurich's ESI production as I requested in my March 7th letter.

Very truly yours,

Jason A. Lien

JAL/arh
Enclosure
1029166
cc ~ with Enclosure ~ Via Email Only:
    John W. Hite, III; Brendan Winslow-Nason; Todd Hayes; David Suchar

EX. 12 TO LIEN DEC.