# Jason Lien

| | |
|---|---|
| **From:** | Wade Langlois <WLanglois@grhg.net> |
| **Sent:** | Tuesday, April 08, 2014 3:40 PM |
| **To:** | Jason Lien |
| **Cc:** | David Suchar; Todd Hayes |
| **Subject:** | RE: FW: Shaw/Zurich - Correspondence; Responsive Document |

Jason,

Zurich believes the terms we have submitted are reasonable and I am not authorized to negotiate the terms. We have talked about this a number of times, and I understand your position. I will move ahead with the Motion to Compel, and we can let the magistrate decide.

**From:** Jason Lien [mailto:Jason.Lien@maslon.com]
**Sent:** Tuesday, April 08, 2014 3:37 PM
**To:** Wade Langlois
**Cc:** David Suchar; Todd Hayes
**Subject:** Re: FW: Shaw/Zurich - Correspondence; Responsive Document

Wade - I was not copied on this email and David alerted me of it today when we were talking about the status of ESI productions. As I've explained in prior correspondence, we think your position is not reasonable since it will generate a large volume of emails completely unrelated to this case and outside the relevant time period. I urge you again to provide alternative terms in response to my letter of March 7th. We remaining willing to work in good faith to come to an agreement on ESI search terms. Thanks,

**MASLON**

**JASON A. LIEN | PARTNER**
p 612.672.8319 | f 612.642.8319 | email | vcard | biography | linkedin
**MASLON EDELMAN BORMAN & BRAND, LLP**
3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402
p 612.672.8200 | www.maslon.com | map/directions

>>> Wade Langlois <WLanglois@grhg.net> 3/18/2014 3:29 PM >>>

David,

We will start making production of the ESI material shortly.

On our ESI terms, we feel that the search terms previously submitted are reasonable. They are no more broad than the terms which you sent Zurich. Considering that Shaw has placed the entire relationship between it, Zurich and FARA at issue, all this information is relevant. We request production as sought. If Shaw will not do so, I have been instructed to file a Motion to Compel.

EX. 13 TO LIEN DEC.

**From:** Anne Heilman [mailto:Anne.Heilman@maslon.com]
**Sent:** Tuesday, March 18, 2014 3:00 PM
**To:** Wade Langlois
**Cc:** David Suchar; Jason Lien; Todd Hayes; bwinslow-nason@cozen.com; jhite@shmnola.com
**Subject:** Shaw/Zurich - Correspondence; Responsive Document

Please see the attached from Jason Lien ~ Thank you.

MASLON

ANNE HEILMAN | LEGAL SECRETARY
p 612.672.3410 | f 612.642.4810 | email

**MASLON EDELMAN BORMAN & BRAND, LLP**
3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402
p 612.672.8200 | www.maslon.com | map/directions

CONFIDENTIALITY NOTICE: This e-mail transmission and any attachments accompanying it contain confidential information belonging to the sender that may be protected by the attorney-client or work product privileges. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please notify the sender by reply e-mail, and then destroy all copies of this transmission.

CONFIDENTIALITY NOTICE: This e-mail transmission and any attachments accompanying it contain confidential information belonging to the sender that may be protected by the attorney-client or work product privileges. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please notify the sender by reply e-mail, and then destroy all copies of this transmission.