# Jason Lien

| | |
|---|---|
| **From:** | Jason Lien |
| **Sent:** | Wednesday, May 07, 2014 9:55 AM |
| **To:** | 'Wade Langlois'; David Suchar; todd@harperhayes.com |
| **Subject:** | RE: ESI Production |

Wade – Thanks, we will get back to you by Friday on this. We're more than willing to work with you on additional ESI production but you have indicated Zurich is not willing to negotiate on search terms. Seems like we are stuck on that issue, but let me know if your client has changed its position on search terms.

**MASLON**

**JASON A. LIEN | PARTNER**
p 612.672.8319 | f 612.642.8319 | email | vcard | biography | linkedin
**MASLON EDELMAN BORMAN & BRAND, LLP**
3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402
p 612.672.8200 | www.maslon.com | map/directions

**From:** Wade Langlois [mailto:WLanglois@grhg.net]
**Sent:** Tuesday, May 06, 2014 1:59 PM
**To:** David Suchar; Jason Lien; todd@harperhayes.com
**Subject:** ESI Production

Gentlemen,

We are prepared to begin producing ESI. We propose the following for an agreement between the parties on the production of each of our clients:

- Electronic production as single page tiffs with associated txt files
- Concordance load files (OPT/DAT)
- Metadata to include:
  - Custodian for all file types
  - Email metadata:
    - Sent date
    - Sent time
    - Received date
    - Received time
    - To
    - From
    - CC
    - BCC
    - Subject
  - File metadata
    - Create date
    - Modification date
    - File name
    - File author
    - File extension (i.e., .doc; .xls; .pdf)

1

EX. 14 TO LIEN DEC.

- Excel spreadsheets to be produced in native format with a placeholder sheet indicating the bates number associated with each spreadsheet

I really have no idea what any of that means so if you have any questions, I will get an answer. If you want to propose something different, let me know and I will discuss it.

I know I need to file a Motion on our ESI request, but is Shaw going to produce anything pending or without the motion?


**Wade A. Langlois, III, Partner**

**Gaudry, Ranson, Higgins & Gremillion, LLC**

401 Whitney Avenue, Suite 500

Gretna, Louisiana  70056

Phone:  (504)362-2466

Fax:  (504)362-5938

Email:  wlanglois@grhg.net

This e-mail communication and the documents accompanying it may contain information that is intended only for the recipient named and may be confidential and subject to attorney-client privilege.  If you are not the intended recipient, you are hereby notified that you have received this email in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone (call collect at 504-362-2466) to make arrangements for returning the original e-mail to us.

2