UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE SHAW GROUP INC., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 12-CV-257-JJB-RLB** |
| **ZURICH AMERICAN INSURANCE COMPANY, ET AL.** | **JUDGE JAMES J. BRADY** |
| | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |

**[PROPOSED] ORDER DENYING ZURICH NORTH AMERICAN INSURANCE COMPANY'S MOTION TO COMPEL PRODUCTION OF ELECTRONICALLY STORED INFORMATION**

This matter is before the Court on Defendant Zurich North American Insurance Company's Motion to Compel Electronically Stored Information filed as Docket No. 306.

Based on review of the parties' submissions and the record before the Court, IT IS HEREBY ORDERED THAT:

1. Defendant's Motion to Compel ESI is DENIED.

Signed in Baton Rouge, Louisiana this _____ day of _____, 2014.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE