UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE SHAW GROUP INC., ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 12-CV-257-JJB-RLB |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL. | JUDGE JAMES J. BRADY |
| | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

**PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER REGARDING THE PRODUCTION OF ELECTRONICALLY STORED INFORMATION**

Plaintiffs The Shaw Group Inc. and Shaw Process Fabricators, Inc. (collectively, "Shaw") hereby move the Court for a Protective Order under Rules 26(c)(1) and 26(b)(2)(B) of the Federal Rules of Civil Procedure to limit the scope of discovery of ESI, specify the search terms for ESI, and prescribe the method for production of ESI requested by Defendant Zurich American Insurance Company ("Zurich"). Shaw's Motion is supported by a Memorandum of Law, Declarations of Logan Hollobaugh and Jason A. Lien, and exhibits filed in conjunction with this Motion. For the reasons set forth in the Memorandum of Law, Shaw requests that the Court grant this Motion. The undersigned hereby certify that Shaw has in good faith conferred with Zurich in an effort to resolve this discovery dispute without court intervention prior to the filing of this Motion.

Respectfully Submitted,

HARPER | HAYES PLLC

By /s/ Todd C. Hayes
Todd C. Hayes (WSBA No. 26361)
todd@harperhayes.com
600 University Street, Suite 2420
Seattle, WA 98101-1129
Telephone: (206) 340-8010

MASLON EDELMAN BORMAN & BRAND, LLP

By /s/ Jason A. Lien
James Duffy O'Connor (MN #80780)
Jason A. Lien (MN #028936X)
David E. Suchar (MN # 392583)
90 South Seventh Street, Suite 3300
Minneapolis, Minnesota  55402-4140
612-672-8200

and

JONES WALKER

By /s/ William Schuette
William Schuette
wschuette@joneswalker.com
8555 United Plaza Blvd.
Baton Rouge, LA 70809
Telephone: (225) 248-2056
Attorneys for Plaintiffs The Shaw Group Inc. and
Shaw Process Fabricators, Inc.

**CERTIFICATE OF SERVICE**

I certify that a true copy of this document was served via the Court's electronic filing system on July 28, 2014.

By /s/ Jason A. Lien
Jason A. Lien (MN No. #028936X)

1053907