UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE SHAW GROUP, INC., ET AL | CIVIL ACTION |
| VERSUS | |
| ZURICH AMERICAN INSURANCE COMPANY, ET L | NO. 12-257-JJB-RLB |

### ORDER OF DISMISSAL

The court having been advised by counsel that the above actions have been settled as to all parties;

IT IS ORDERED that this action be and is hereby DISMISSED as to all parties without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if the settlement is not consummated.

Baton Rouge, Louisiana, November 25, 2014.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

JURY